IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

COLLINS & AIKMAN CORPORATION
and COLLINS & AIKMAN PRODUCTS
CO., as Debtors in Possession,

        Plaintiffs,

v.

DAVID A. STOCKMAN, J. MICHAEL
STEPP, BRYCE M. KOTH, DAVID R.
COSGROVE, PAUL C. BARNABA,
ROBERT A. KRAUSE, JOHN A.
GALANTE, CHARLES E. BECKER,
ELKIN B. McCALLUM, THOMAS E.
EVANS, CYNTHIA HESS, DANIEL P.
TREDWELL, W. GERALD MCCONNELL,
SAMUEL VALENTI, III, HEARTLAND
INDUSTRIAL PARTNERS, L.P., HEARTLAND
INDUSTRIAL ASSOCIATES, L.L.C.,
HEARTLAND INDUSTRIAL GROUP, L.L.C.,
PRICEWATERHOUSECOOPERS LLP
and KPMG LLP,

        Defendants.

---------------------------------------------------------------x

Civil Action No. 07-cv-00265-***

## STIPULATION FOR EXTENSION OF TIME

The parties hereto, by and through their undersigned counsel, and subject to the approval of this Court, stipulate and agree that the time within which defendants KPMG LLP and PricewaterhouseCoopers LLP shall move, answer or otherwise respond to Plaintiffs' Complaint, filed with this Court on May 16, 2007, and served on KPMG LLP and PricewaterhouseCoopers

LLP on May 21, 2007, be, and upon approval of this stipulation is, extended to and including July 11, 2007.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | EDWARDS ANGELL PALMER & DODGE LLP |

Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@lerachlaw.com

Attorneys for Plaintiffs

June 8, 2007

Michael J. Maimone (Del. Bar No. 3592)
Joseph B. Cicero (Del. Bar No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
(302) 777-7770
Fax: (302) 777-7263
mmaimone@eapdlaw.com
jcicero@eapdlaw.com

LATHAM & WATKINS LLP
Christopher Harris
Seth L. Friedman
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
seth.friedman@lw.com

Attorneys for KPMG LLP

June 8, 2007

RICHARDS, LAYTON & FINGER, P.A.

/s/ Robert J. Stearn

Anne C. Foster    Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

Attorneys for PricewaterhouseCoopers LLP

June 8, 2007

SO ORDERED, this _____ day of _____, 2007

_____
United States District Judge