IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiffs and defendant Thomas E. Evans, subject to the approval of the Court, that the date on or before which defendant Thomas E. Evans shall answer, move, or otherwise respond to the complaint is extended to and includes July 20, 2007.

ROSENTHAL, MONHAIT & GODDESS, P.A.      YOUNG CONAWAY STARGATT
                                                                             & TAYLOR, LLP

/s/ Carmella P. Keener                                    /s/ Christian Douglas Wright
Joseph A. Rosenthal (No. 234)                      Christian Douglas Wright (No. 3554)
Carmella P. Keener (No. 2810)                     Andrew A. Lundgren (No. 4429)
919 N. Market Street, Suite 1401                  The Brandywine Building
Wilmington, DE 1989                                    1000 West Street, 17th Floor
(302) 656-4433                                              P.O. Box 391
jrosenthal@rmgglaw.com                             Wilmington, DE 19899-0391
ckeener@rmgglaw.com                                (302) 571-6600
                                                                        cwright@ycst.com
                                                                        alundgren@ycst.com

OF COUNSEL:

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Patrick J. Coughlin
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058

*Attorneys for Plaintiffs*

OF COUNSEL:

Richard A. Spehr
Joseph De Simone
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019-5820

*Attorneys for Defendant Thomas E. Evans*

 

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Christian Douglas Wright, Esquire, hereby certify that on June 20, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Joseph A. Rosenthal
>Carmella P. Keener
>Rosenthal, Monhait & Goddess, P.A.
>919 Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899
>(302) 656-4433
>jrosenthal@rmgglaw.com
>ckeener@rmgglaw.com
>
>Michael J. Maimone
>Joseph B. Cicero
>Edwards Angell Palmer & Dodge LLP
>919 North Market Street, 15th Floor
>Wilmington, DE 19801
>(302) 777-7770
>mmaimone@eapdlaw.com
>jcicero@eapdlaw.com
>
>Anne C. Foster
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801
>(302) 651-7700
>foster@rlf.com

I further certify that on June 20, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@lerachlaw.com

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
christopher.harris@lw.com
seth.friedman@lw.com

Thomas G. Rafferty
Antony L. Ryan
Cravath, Swaine, & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
trafferty@cravath.com
aryan@cravath.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Christian Douglas Wright*
Christian Douglas Wright (No. 3554)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
*cwright@ycst.com*

DB02:6051408.1                                                                                                    066380.1001