IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiffs and defendants PricewaterhouseCoopers LLP ("PWC") and KMPG LLP ("KPMG"), subject to the approval of this Court, that the date on or before which defendants PWC and KPMG shall answer, move, or otherwise respond to the complaint filed in this action is extended to and includes August 31, 2007.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | EDWARDS ANGELL PALMER & DODGE LLP |
|---|---|
| /s/ Carmella P. Keener | *(signature)* |
| Joseph A. Rosenthal (Del. Bar No. 234)<br>Carmella P. Keener (Del. Bar No. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br>ckeener@rmgglaw.com | Michael J. Maimone (Del. Bar No. 3592)<br>Joseph B. Cicero (Del. Bar No. 4388)<br>919 North Market Street, 15th Floor<br>Wilmington, Delaware 19801<br>(302) 777-7770<br>Fax: (302) 777-7263<br>mmaimone@eapdlaw.com<br>jcicero@eapdlaw.com |
| LERACH COUGLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>Fax: (631) 367-1173<br>srudman@lerachlaw.com | LATHAM & WATKINS LLP<br>Christopher Harris<br>Seth L. Friedman<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>Fax: (212) 751-4864<br>christopher.harris@lw.com<br>seth.friedman@lw.com |
| *Attorney for Plaintiffs* | *Attorneys for KPMG LLP* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Robert J. Stearn*
———————————————
Anne C. Foster (Del. Bar No. 2513)
Robert J. Stearn, Jr. (Del Bar No. 2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
foster@rlf.com
stearn@rlf.com

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

*Attorneys for PricewaterhouseCoopers LLP*

SO ORDERED, this _____ day of _____, 2007

———————————————
United States District Judge