IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and COLLINS )
& AIKMAN PRODUCTS CO., as Debtors in Possession, )
                                              )
        Plaintiffs,                           )
                                              )
    v.                                        )        C.A. No. 07-265-***
                                              )
DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE )
M. KOTH, DAVID R. COSGROVE, PAUL C.           )
BARNABA, ROBERT A. KRAUSE, JOHN A.            )
GALANTE, CHARLES E. BECKER, ELKIN B.          )
MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, )
DANIEL P. TREDWELL, W. GERALD MCCONNELL, )
SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL )
PARTNERS, L.P., HEARTLAND INDUSTRIAL          )
ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL      )
GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP )
and KPMG LLP,                                 )
                                              )
        Defendants.                           )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Richard A. Spehr, Joseph De Simone, Michelle Annunziata, and Sharon A.

Sandell of Mayer, Brown, Rowe & Maw LLP to represent Defendant Thomas E. Evans in this

matter.

Pursuant to Standing Order for District Court Fund, effective January 1, 2005, the annual

fee of $25.00 per attorney, if not paid previously, is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_(signature)_

Christian Douglas Wright (No. 3554)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com
alundgren@ycst.com

*Attorneys for Defendant Thomas E. Evans*

Dated: July 12, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Richard

Spehr, Joseph De Simone, Michelle Annunziata, and Sharon A. Sandell is GRANTED.

Dated: _____, 2007                    _____
                                           United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Richard A. Spehr, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Richard A. Spehr
*Mayer, Brown, Rowe & Maw LLP*
1675 Broadway
New York, New York 10019
(212) 506-2500

Dated: July 11, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Joseph De Simone, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the State of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Joseph De Simone
*Mayer, Brown, Rowe & Maw LLP*
1675 Broadway
New York, New York 10019
(212) 506-2500

Dated: July 11, 2007

NYDB01 17457752.1 09-Jul-07 12:40

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Michelle Annunziata, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Michelle Annunziata
*Mayer, Brown, Rowe & Maw LLP*
1675 Broadway
New York, New York  10019
(212) 506-2500

Dated: July _11_, 2007

NYDB01 17457747.1  09-Jul-07 12:14

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Sharon A. Sandell, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Sharon A. Sandell
*Mayer, Brown, Rowe & Maw LLP*
1675 Broadway
New York, New York 10019
(212) 506-2500

Dated: July 11, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on July 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Joseph A. Rosenthal
> Carmella P. Keener
> Rosenthal, Monhait & Goddess, P.A.
> 919 Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899
> (302) 656-4433
> *jrosenthal@rmgglaw.com*
> *ckeener@rmgglaw.com*
>
> Michael J. Maimone
> Joseph B. Cicero
> Edwards Angell Palmer & Dodge LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> (302) 777-7770
> *mmaimone@eapdlaw.com*
> *jcicero@eapdlaw.com*
>
> Anne C. Foster
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
> (302) 651-7700
> *foster@rlf.com*

I further certify that on July 12, 2007, I caused a copy of the foregoing document to be served by **hand delivery** on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
*srudman@lerachlaw.com*

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
*christopher.harris@lw.com*
*seth.friedman@lw.com*

Thomas G. Rafferty
Antony L. Ryan
Cravath, Swaine, & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
*trafferty@cravath.com*
*aryan@cravath.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Christian Douglas Wright (No. 3554)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
*cwright@ycst.com*
*alundgren@ycst.com*