IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

## STIPULATION TO ACCEPT SERVICE

IT IS HEREBY STIPULATED, by and between counsel for Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. and counsel for Defendants Bryce M. Koth and Robert A. Krause, that Thomas P. Preston, of Blank Rome LLP, will accept service of the Complaint filed in this matter on behalf of Defendants Bryce M. Koth and Robert A. Krause.

| | |
|---|---|
| ROSENTHAL, MONHAIT<br>& GODDESS, P.A. | BLANK ROME LLP |
| /s/ Carmella P. Keener | /s/ Thomas P. Preston |
| Joseph A. Rosenthal (Del. Bar No. 234)<br>Carmella P. Keener (Del. Bar No. 2810)<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br>ckeener@rmgglaw.com | Thomas P. Preston (Del. Bar No. 2548)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 4256478<br>preston-t@blankrome.com |

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@lerachlaw.com

*Attorney for Plaintiffs*

BLANK ROME LLP
Michael Joseph
Joseph O. Click
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com

*Attorneys for Defendants Bryce M. Koth and Robert A. Krause*

July 18, 2007

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 18th day of July, 2007, a copy of the foregoing **STIPULATION TO ACCEPT SERVICE** was served on the following counsel:

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Samuel H. Rudman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| BY ELECTRONIC SERVICE<br><br>Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | BY FIRST-CLASS MAIL<br><br>Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| BY ELECTRONIC SERVICE<br><br>Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | BY FIRST-CLASS MAIL<br><br>Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037 |
| BY ELECTRONIC SERVICE<br><br>Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | BY FIRST-CLASS MAIL<br><br>Jonathan J. Lerner<br>Lea Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |

| **BY ELECTRONIC SERVICE**<br><br>Christian Douglas Wright<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **BY FIRST-CLASS MAIL**<br><br>Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
|---|---|
| **BY ELECTRONIC SERVICE**<br><br>Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | **BY FIRST-CLASS MAIL**<br><br>Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| **BY FIRST-CLASS MAIL**<br><br>Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | **BY FIRST-CLASS MAIL**<br><br>Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Carl S. Kravits<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036 | **BY FIRST-CLASS MAIL**<br><br>Richard A. Spehr<br>Joseph De Simone<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

| **BY FIRST-CLASS MAIL**<br><br>Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908 | **BY FIRST-CLASS MAIL**<br><br>Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |
|---|---|

/s/ *Thomas P. Preston*
_____
Thomas P. Preston
I.D. No. 2548