IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br>Defendants. | C.A. No. 07-265-*** |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP, subject to the approval of the Court, that the date on or before which Defendants shall answer, move, or otherwise respond to the Complaint is extended to and includes August 31, 2007.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | BLANK ROME LLP |
|---|---|
| */s/ Carmella P. Keener* | */s/ Thomas P. Preston* |
| Joseph A. Rosenthal (Del. Bar No. 234)<br>Carmella P. Keener (Del. Bar No. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br>ckeener@rmgglaw.com | Thomas P. Preston (Del. Bar No. 2548)<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 4256478<br>preston-t@blankrome.com |
| LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>Fax: (631) 367-1173<br>srudman@lerachlaw.com | BLANK ROME LLP<br>Michael Joseph<br>Joseph O. Click<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037<br>(202) 772-5800<br>joseph@blankrome.com<br>click@blankrome.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Bryce M. Koth and Robert A. Krause* |

ARNOLD & PORTER LLP

*/s/ Ken L. Hashimoto*

---

Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Counsel for Defendant David R. Cosgrove*

SULLIVAN & CROMWELL LLP

*/s/ Stacey R. Friedman*

---

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Defendant J. Michael Stepp*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Robert S. Saunders*

---

Robert S. Saunders (Del. Bar No. 3027)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Jonathan J. Lerner
Lea Haber Kuck
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-2978

*Counsel for Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group L.L.C., Daniel P. Tredwell, W. Gerald McConnell, and Samuel Valenti, III*

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Andrew B. Weissman*

---

Andrew B. Weissman
Michele L. Taylor
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6612

*Counsel for Defendant David A. Stockman*

| | |
|---|---|
| CARTER LEDYARD & MILBURN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Michael Shapiro* | */s/ Robert J. Stearn, Jr.* |
| Michael Shapiro<br>Gerald Griffin<br>2 Wall Street<br>New York, New York 10005<br>(212) 238-8676<br><br>*Counsel for Defendant John A. Galante* | Anne C. Foster (Del. Bar No. 2513)<br>Robert J. Stearn, Jr. (No. 2915)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>foster@rlf.com<br>stearn@rlf.com |

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

*Counsel for PricewaterhouseCoopers LLP*

ZUCKERMAN SPAEDER LLP

*/s/ Thomas G. Macauley*

Thomas G. Macauley (Del. Bar No. 3411)
919 Market Street, Suite 990
Wilmington, Delaware 19801
(302) 427-0400
tmacauley@zuckerman.com

Carl S. Kravits
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1873
ckravitz@zuckerman.com

*Counsel for Paul C. Barnaba*

| | |
|---|---|
| GOODWIN PROCTER | YOUNG, CONAWAY, STARGATT & TAYLOR |
| /s/ Laurie L. Leven | /s/ Christian Douglas Wright |
| Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8859<br>rstrassberg@goodwinprocter.com | Christian Douglas Wright<br>(Del. Bar No. 3554)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6691<br>cwright@ycst.com |
| *Counsel for Defendant Elkin B. McCallum* | MAYER, BROWN, ROWE & MAW LLP |
| | /s/ Joseph De Simone |
| | Richard A. Spehr<br>Joseph De Simone<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500<br>Fax: (212) 262-1910<br>rspehr@mayerbrownrowe.com |
| | *Counsel for Defendant Thomas E. Evans* |
| JENNER & BLOCK | STROBL & SHARP, P.C. |
| /s/ Stephen L. Ascher | /s/ Lynn Brimer |
| Stephen L. Ascher<br>919 Third Avenue<br>New York, NY 10022-3908<br>(212) 891-1670<br>Fax: (212) 891-1699<br>sascher@jenner.com | Lynn Brimer<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>(248) 205-2772<br>ibrimer@stroblpc.com |
| *Counsel for Charles E. Becker* | *Counsel for Defendant Cynthia Hess* |

SO ORDERED this ___ day of _____, 2007.

_____
J.

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 19th day of July, 2007, a copy of the foregoing **STIPULATION EXTENDING DATE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** was served on the following counsel:

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Samuel H. Rudman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| **BY ELECTRONIC SERVICE**<br>Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | **BY FIRST-CLASS MAIL**<br><br>Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE**<br><br>Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037 |
| **BY ELECTRONIC SERVICE**<br><br>Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Jonathan J. Lerner<br>Lea Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |

| **BY ELECTRONIC SERVICE**<br><br>Christian Douglas Wright<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **BY FIRST-CLASS MAIL**<br><br>Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
|---|---|
| **BY ELECTRONIC SERVICE**<br><br>Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | **BY FIRST-CLASS MAIL**<br><br>Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| **BY FIRST-CLASS MAIL**<br><br>Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | **BY FIRST-CLASS MAIL**<br><br>Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Carl S. Kravits<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036 | **BY FIRST-CLASS MAIL**<br><br>Richard A. Spehr<br>Joseph De Simone<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

| **BY FIRST-CLASS MAIL**<br><br>Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908 | **BY FIRST-CLASS MAIL**<br><br>Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |
|---|---|

*/s/ Thomas P. Preston*

---

Thomas P. Preston
I.D. No. 2548

3