IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as counsel for defendant Charles E. Becker.

                                      PRICKETT, JONES & ELLIOTT, P.A.

                                      By: _____
                                            James L. Holzman (Bar ID #663)
                                            J. Clayton Athey (Bar ID #4378)
                                            1310 King Street, Box 1328
                                            Wilmington, Delaware 19899
                                            (302) 888-6500
                                            jlholzman@prickett.com
                                            jcathey@prickett.com
                                            *Counsel for Defendant Charles E. Becker*

Dated: August 17, 2007

20289.1\343301v1

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 17th day of August, 2007, a copy of the foregoing ENTRY OF APPEARANCE was served on the following counsel:

BY ELECTRONIC SERVICE

Joseph A. Rosenthal
Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19899

BY ELECTRONIC SERVICE

Anne C. Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

BY ELECTRONIC SERVICE

Thomas P. Preston
Blank Rome LLP
Chase Manhattan
1201 Market Street, Suite 800
Wilmington, DE  19801

BY ELECTRONIC SERVICE

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801

BY ELECTRONIC SERVICE

Robert S. Saunders
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

BY ELECTRONIC SERVICE

Christian Douglas Wright
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

BY ELECTRONIC SERVICE

Michael J. Maimone
Joseph B. Cicero
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE  19801

20289.1\343150v1

BY FIRST-CLASS MAIL

Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022

BY FIRST-CLASS MAIL

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

BY FIRST-CLASS MAIL

Andrew B. Weissman
Michele L. Taylor
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006

BY FIRST –CLASS MAIL

Michael Shapiro
Gerald Griffin
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

BY FIRST-CLASS MAIL

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

BY FIRST-CLASS MAIL

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Leven
Goodwin Proctor
599 Lexington Avenue
New York, NY  10022

BY FIRST-CLASS MAIL

Lynn Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304-2376

　　　　　　　　　　/s/ J. Clayton Athey
　　　　　　　　J. Clayton Athey (Bar ID #4378)