IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-265-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Stephen L. Ascher, Esquire, Anton R. Valukas, Esquire and Stuart D. Polizzi, Esquire to represent Defendant, Charles E. Becker, in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Counsel for Defendant Charles E. Becker*

Dated: August 17, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Stephen L. Ascher, Esquire, Anton R. Valukas, Esquire and Stuart D. Polizzi, Esquire is granted.

Date: _____       _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Eleventh Circuit and the U.S. Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 17, 2007

Stephen L. Ascher, Esquire
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, New York 10022
Tel: (212) 891-1670

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the Seventh Circuit U.S. Court of Appeals and the U.S. District Court for the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/13/2007

Anton R. Valukas, Esquire
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Tel: (312) 923-2903

Error! Unknown document property name.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the U.S. District Court for the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8-9-2007

Stuart D. Polizzi, Esquire
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603
Tel: (312) 840-7628

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 17th day of August, 2007, a copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served on the following counsel:

BY ELECTRONIC SERVICE

Joseph A. Rosenthal
Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19899

BY ELECTRONIC SERVICE

Thomas P. Preston
Blank Rome LLP
Chase Manhattan
1201 Market Street, Suite 800
Wilmington, DE 19801

BY FIRST-CLASS MAIL

Robert S. Saunders
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

BY ELECTRONIC SERVICE

Michael J. Maimone
Joseph B. Cicero
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

BY ELECTRONIC SERVICE

Anne C. Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

BY FIRST-CLASS MAIL

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

BY ELECTRONIC SERVICE

Christian Douglas Wright
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

20289.1\343150v1

BY FIRST-CLASS MAIL

Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022

BY FIRST-CLASS MAIL

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

BY FIRST-CLASS MAIL

Andrew B. Weissman
Michele L. Taylor
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006

BY FIRST –CLASS MAIL

Michael Shapiro
Gerald Griffin
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

BY FIRST-CLASS MAIL

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

BY FIRST-CLASS MAIL

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Leven
Goodwin Proctor
599 Lexington Avenue
New York, NY  10022

BY FIRST-CLASS MAIL

Lynn Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304-2376

 

      /s/ J. Clayton Athey
J. Clayton Athey (Bar ID #4378)