IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, <br><br> Defendants. | C.A. No. 07-265-*** |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP, subject to the approval of the Court, that the date on or before which Defendants shall answer, move, or otherwise respond to the Complaint is extended to and includes September 14, 2007.

| | |
|---|---|
| ROSENTHAL, MONHAIT<br>& GODDESS, P.A. | BLANK ROME LLP |
| /s/ Carmella P. Keener | /s/ Thomas P. Preston |
| Joseph A. Rosenthal (Del. Bar No. 234)<br>Carmella P. Keener (Del. Bar No. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br>ckeener@rmgglaw.com | Thomas P. Preston (Del. Bar No. 2548)<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 4256478<br>preston-t@blankrome.com |
| LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>Fax: (631) 367-1173<br>srudman@lerachlaw.com | BLANK ROME LLP<br>Michael Joseph<br>Joseph O. Click<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037<br>(202) 772-5800<br>joseph@blankrome.com<br>click@blankrome.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Bryce M. Koth and Robert A. Krause* |

| | |
|---|---|
| ARNOLD & PORTER LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ Craig A. Stewart | /s/ Robert S. Saunders |
| Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>399 Park Avenue<br>New York, New York 10022<br>(212) 715-1000 | Robert S. Saunders (Del. Bar No. 3027)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br>rsaunders@skadden.com |
| *Counsel for Defendant David R. Cosgrove* | Jonathan J. Lerner<br>Lea Haber Kuck<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-2978 |
| | *Counsel for Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group L.L.C., Daniel P. Tredwell, W. Gerald McConnell, and Samuel Valenti, III* |
| SULLIVAN & CROMWELL LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/ Stacey R. Friedman | /s/ Andrew B. Weissman |
| Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | Andrew B. Weissman<br>Michele L. Taylor<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6612 |
| *Counsel for Defendant J. Michael Stepp* | *Counsel for Defendant David A. Stockman* |

3

DB02:6201893.1                                                                                                                  066380.1001

| | |
|---|---|
| CARTER LEDYARD & MILBURN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| | |
| /s/ Michael Shapiro | /s/ Robert J. Stearn, Jr. |
| Michael Shapiro | Anne C. Foster (Del. Bar No. 2513) |
| Gerald Griffin | Robert J. Stearn, Jr. (No. 2915) |
| 2 Wall Street | One Rodney Square |
| New York, New York 10005 | 920 North King Street |
| (212) 238-8676 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| | foster@rlf.com |
| | stearn@rlf.com |
| *Counsel for Defendant John A. Galante* | |

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

*Counsel for PricewaterhouseCoopers LLP*

ZUCKERMAN SPAEDER LLP


/s/ Thomas G. Macauley
Thomas G. Macauley (Del. Bar No. 3411)
919 Market Street, Suite 990
Wilmington, Delaware 19801
(302) 427-0400
tmacauley@zuckerman.com

Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1873
ckravitz@zuckerman.com

*Counsel for Paul C. Barnaba*

| GOODWIN PROCTER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Richard M. Strassberg | /s/ Christian Douglas Wright |
| Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Levin<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8859<br>rstrassberg@goodwinprocter.com | Christian Douglas Wright<br>(Del. Bar No. 3554)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6691<br>cwright@ycst.com |

*Counsel for Defendant Elkin B. McCallum*

| PRICKETT, JONES & ELLIOTT, P.A. | MAYER, BROWN, ROWE & MAW LLP |
|---|---|
| /s/ James Holzman | |
| James Holzman<br>J. Clayton Athey<br>1310 King Street, Box 1328<br>Wilmington, DE 19899<br>Phone: (302) 888-6500<br>Fax: (302) 658-8111<br>jlholzman@prickett.com | Richard A. Spehr<br>Joseph De Simone<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500<br>Fax: (212) 262-1910<br>rspehr@mayerbrownrowe.com |

*Counsel for Defendant Thomas E. Evans*

| JENNER & BLOCK | STROBL & SHARP, P.C. |
|---|---|
| /s/ Stephen L. Ascher | /s/ Lynn Brimer |
| Stephen L. Ascher<br>919 Third Avenue<br>New York, NY 10022-3908<br>(212) 891-1670<br>Fax: (212) 891-1699<br>sascher@jenner.com | Lynn Brimer<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376<br>(248) 205-2772<br>lbrimer@stroblpc.com |

*Counsel for Charles E. Becker*

*Counsel for Defendant Cynthia Hess*

5

EDWARDS ANGELL PALMER &
  DODGE LLP

/s/ Michael J. Maimone
---
Michael J. Maimone (Del. Bar No. 3592)
Joseph B. Cicero (Del. Bar No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
(302) 777-7770
Fax: (302) 777-7263
mmaimone@eapdlaw.com
jcicero@eapdlaw.com


LATHAM & WATKINS LLP
Christopher Harris
Seth L. Friedman
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
seth.friedman@lw.com

*Attorneys for KPMG LLP*

    SO ORDERED this _____ day of _____, 2007.

                                                                                _____
                                                                                                                    J.

DB02:6201893.1                        066380.1001