IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and<br>COLLINS & AIKMAN PRODUCTS CO., as<br>Debtors in Possession,<br><br>     Plaintiffs,<br><br>  v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP,<br>BRYCE M. KOTH, DAVID R. COSGROVE,<br>PAUL C. BARNABA, ROBERT A. KRAUSE,<br>JOHN A. GALANTE, CHARLES E. BECKER,<br>ELKIN B. MCCALLUM, THOMAS E. EVANS,<br>CYNTHIA HESS, DANIEL P. TREDWELL,<br>W. GERALD MCCONNELL, SAMUEL<br>VALENTI, III, HEARTLAND INDUSTRIAL<br>PARTNERS, L.P., HEARTLAND INDUSTRIAL<br>ASSOCIATES, L.L.C., HEARTLAND<br>INDUSTRIAL GROUP, L.L.C.,<br>PRICEWATERHOUSECOOPERS LLP<br>And KPMG LLP,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-265 ***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE AND

   PLEASE TAKE NOTICE that the undersigned law firm appears in the above captioned civil action as counsel to Paul C. Barnaba.

Dated: Wilmington, Delaware
    September 5, 2007

           ZUCKERMAN SPAEDER LLP

          Thomas G. Macauley (ID No. 3411)
          919 Market Street, Suite 990
          P.O. Box 1028
          Wilmington, DE 19899
          Tel: (302) 427-0400
          Fax: (302) 427-8242

          - and -

Carl S. Kravitz
Lenora Miles Rigby
1800 M Street, N.W.
Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106

   - and -

Laura E. Neish
1540 Broadway
Suite 1604
New York, NY 10036
Tel: (212) 704-9600
Fax: (212) 704-4256

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007, I caused to be filed "Notice of Appearance" with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Joseph A. Rosenthal, Esquire, Rosenthal, Monhait & Goddess, P.A., 919 N. Market Street, Wilmington, DE 19801; Thomas P. Preston, Esquire, Blank Rome LLP, 1201 Market Street, Wilmington, DE 19801; Robert S. Saunders, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, DE 19801; Anne C. Foster, Esquire, Richards Layton & Finger P.A., One Rodney Square, Wilmington, DE 19801; Christian Douglas Wright, Esquire, Young Conaway Stargatt & Taylor LLP, 1000 West Street, Wilmington, DE 19801; James Holzman, Esquire, 1310 King Street, Wilmington, DE 19801; and Michael J. Maimone, Esquire, Edwards Angell Palmer & Dodge LLP, 919 Market Street, Wilmington, DE 19801.

I further certify that on September 5, 2007, I caused to be mailed first class United States mail, postage prepaid, the document to the following non-registered participants:

Samuel H. Rudman, Esquire
Lerach Coughlin Stoia Geller
   Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Craig A. Steward, Esquire
Ken L. Hashimoto, Esquire
Monique A. Gaylor, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Lynn Brimer, Esquire
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

Michael Joseph, Esquire
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037

Richard A. Spehr, Esquire
Joseph D. Simone, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Stephen L. Ascher, Esquire
Jenner & Block
919 Third Avenue
New York, NY 10022

Gandolfo V. DiBlasi, Esquire
Stacey R. Friedman, Esquire
David E. Swarts, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Michael Shapiro, Esquire
Gerald Griffin, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Richard M. Strassbert, Esquire
Jeffrey A. Simes, Esquire
Laurie L. Levin, Esquire
599 Lexington Avenue
New York, NY 10022

Jonathan J. Lerner, Esquire
Lea Haber Kuck, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036

Andrew B. Weissman, Esquire
Michele L. Taylor, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Thomas G. Rafferty, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Christopher Harris, Esquire
Seth L. Friedman, Esquire
885 Third Avenue
New York, NY 10022

_____
Thomas G. Macauley (ID No. 3411)