IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP And KPMG LLP,<br><br>        Defendants. | C.A. No. 07-265 *** |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel applies for the admission *pro hac vice* of Lenora Miles Rigby to represent Defendant Paul C. Barnaba in this matter. Ms. Rigby is admitted, practicing and in good standing in the Bar of the District of Columbia and admitted, inactive and in good standing in the Bar of the State of South Carolina.

Dated: Wilmington, Delaware
       September 4, 2006

                               Thomas G. Macauley (ID No. 3411)
                               Zuckerman Spaeder LLP
                               P.O. Box 1028
                               919 Market Street, Suite 990
                               Wilmington, Delaware 19899-1028
                               Telephone:  (302) 427-0400

1413784.1

The undersigned certifies that pursuant to Local Rule 83.5, she is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. She also certifies that she is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. She further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Lenora Miles Rigby
Zuckerman Spaeder LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

IT IS HEREBY ORDERED that counsel's application for admission *pro hac vice* is granted.

Date: August __, 2007

_____
United States Magistrate Judge

1413784.1