IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>    Plaintiffs,<br><br> v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP And KPMG LLP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-265 ***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel applies for the admission *pro hac vice* of Laura E. Neish to represent Defendant Paul C. Barnaba in this matter. Ms. Neish is admitted, practicing and in good standing in the Bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second and Third Circuits.

Dated: Wilmington, Delaware
   September 4, 2006

               Thomas G. Macauley (ID No. 3411)
               Zuckerman Spaeder LLP
               P.O. Box 1028
               919 Market Street, Suite 990
               Wilmington, Delaware 19899-1028
               Telephone: (302) 427-0400

1413793.1

The undersigned certifies that pursuant to Local Rule 83.5, she is eligible for admission to this Court, is admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. She also certifies that she is generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. She further certifies that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Laura E. Neish
Zuckerman Spaeder LLP
1540 Broadway
Suite 1604
New York, NY 10036
Telephone: (212) 704-9600
Facsimile: (212) 704-4256

IT IS HEREBY ORDERED that counsel's application for admission *pro hac vice* is granted.

Date: August __, 2007        _____
                             United States Magistrate Judge

1413793.1