IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION, and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICE WATERHOUSECOOPERS LLP, and KMPG LLP,<br><br>Defendants. | No. 1:07-cv-265-*** |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearances of Peter B. Ladig and Stephen B. Brauerman of the Bayard Firm, P.A. on behalf of defendant David A. Stockman.

Dated: September 5, 2007

OF COUNSEL:

Andrew B. Weissman
Nicole Rabner
Michele L. Taylor
Jenny R. Chou
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

-and-

THE BAYARD FIRM, P.A.

*/s/ Stephen B. Brauerman*

Peter B. Ladig (No. 3513)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
pladig@bayardfirm.com
sbrauerman@bayardfirm.com
(302) 655-5000

668929-1

2

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr, LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800                                    Counsel for Defendant David A. Stockman

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, Esquire hereby certify that on the 5th day of September, 2007, a true and correct copy of the foregoing **Entry of Appearance** has been served upon the following parties as indicated.

### VIA CM/EFC

Joseph A. Rosenthal, Esquire
Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899-1070

Thomas P. Preston, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899

Andrew Auchincloss Lundgren, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Anne Churchill Foster, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Michael J. Maimone, Esquire
Joseph Benedict Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

Stephen B. Brauerman (No. 4952)