IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION, and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:07-cv-265-*** ) |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICE WATERHOUSECOOPERS LLP, and KMPG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Andrew B. Weissman, Esquire; Andrew Goldman, Esquire; Nicole Rabner, Esquire; Michele L. Taylor, Esquire; and Jenny R. Chou, Esquire of Wilmer Cutler Pickering Hale and Dorr LLP to represent Defendant David A. Stockman in the above captioned matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby

668933-1

certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

Dated: September 5, 2007

OF COUNSEL:

Andrew B. Weissman
Nicole Rabner
Michele L. Taylor
Jenny R. Chou
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

-and-

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr, LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

THE BAYARD FIRM, P.A.

*/s/ Peter B. Ladig*

Peter B. Ladig (No. 3513)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
pladig@bayardfirm.com
sbrauerman@bayardfirm.com
(302) 655-5000

Counsel for Defendant David A. Stockman

SO ORDERED, this ____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the State of New York, and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

September 4, 2007

Andrew B. Weissman
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6612

Attorney for Defendant David A. Stockman

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

September 4, 2007

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8836

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

September 4, 2007

Nicole Rabner
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6876

Attorney for Defendant David A. Stockman

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

September 4, 2007

Michele L. Taylor
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6418

Attorney for Defendant David A. Stockman

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

September 4, 2007

*Jenny R. Chou*
Jenny R. Chou
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6213

Attorney for Defendant David A. Stockman

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, Esquire hereby certify that on the 5th day of September, 2007, a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice*** has been served upon the following parties as indicated.

### VIA CM/EFC

Joseph A. Rosenthal, Esquire
Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899-1070

Thomas P. Preston, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899

Andrew Auchincloss Lundgren, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Anne Churchill Foster, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Michael J. Maimone, Esquire
Joseph Benedict Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

/s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)

668933-1