IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and<br>COLLINS & AIKMAN PRODUCTS CO.,<br>as Debtors in Possession, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, et al., | :<br>: |
| Defendants. | : |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

TO:
Joseph A. Rosenthal, Esquire
Carmella P. Keener, Esquire
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19899-1070

Peter B. Ladig, Esquire
Stephen B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899

Thomas P. Preston, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801-4226

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1705
Wilmington, DE  19899

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Andrew A. Lundgren, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Anne C. Foster, Esquire
Robert J. Stearn, Jr., Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Michael J. Maimone, Esquire
Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE  19801

**PLEASE TAKE NOTICE** that the undersigned law firm hereby enters its appearance on behalf of Defendant David R. Cosgrove.

PROCTOR HEYMAN LLP

/s/ Vernon R. Proctor
_____
Vernon R. Proctor (# 1019)
Email: vproctor@proctorheyman.com
1116 West Street
Wilmington, DE  19801
(302) 472-7300
Attorneys for Defendant David R. Cosgrove

OF COUNSEL:

ARNOLD & PORTER LLP
Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
399 Park Avenue
New York, NY  10022-4690
(212) 715-1000

DATED:     September 12, 2007

2