IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS OF DEFENDANTS
## ROBERT A. KRAUSE AND BRYCE M. KOTH

Defendants Robert A. Krause and Bryce M. Koth, through their attorneys, move this Court to dismiss with prejudice the Complaint in this action. The bases for this Motion, which are more fully developed in the accompanying Brief, include: (1) the Complaint fails to plead fraud with the necessary specificity required under Rule 9 of the Federal Rules of Civil Procedure and under the standards established in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b); and (2) the Complaint otherwise fails to plead any claim against Messrs. Krause or Koth with sufficient specificity to satisfy the Federal Rules of Civil Procedure.

Under these circumstances, and given that this Complaint was prepared by Special Counsel to the Plaintiff following investigation, this Complaint should be dismissed in its entirety with prejudice.

Respectfully submitted,

BLANK ROME LLP

By: _____
Thomas P. Preston
DE I.D. No. 2548
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6478
preston-t@blankrome.com

*Attorneys for Defendants Bryce M. Koth and Robert A. Krause*

OF COUNSEL:

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Telephone: (202) 772-5800
E-mail: click@blankrome.com

September 14, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

AND NOW, this ____ day of _____, 2007, having considered the Motion to Dismiss of Defendants Robert A. Krause and Bryce M. Koth and the responses filed thereto, the Motion is GRANTED in its entirety, and the Complaint against Defendants Krause and Koth is dismissed with prejudice.

AND IT IS SO ORDERED.

_____
J.

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 14th day of September, 2007, a copy of the foregoing **MOTION TO DISMISS OF DEFENDANTS ROBERT A. KRAUSE AND BRYCE M. KOTH** was served on the following counsel:

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Samuel H. Rudman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| **BY ELECTRONIC SERVICE**<br><br>Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | **BY FIRST-CLASS MAIL**<br><br>Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE**<br><br>Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037 |
| **BY ELECTRONIC SERVICE**<br><br>Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Jonathan J. Lerner<br>Lea Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |

| **BY ELECTRONIC SERVICE**<br><br>Christian Douglas Wright<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **BY FIRST-CLASS MAIL**<br><br>Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
|---|---|
| **BY ELECTRONIC SERVICE**<br><br>Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | **BY FIRST-CLASS MAIL**<br><br>Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| **BY FIRST-CLASS MAIL**<br><br>Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | **BY FIRST-CLASS MAIL**<br><br>Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Carl S. Kravits<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036 | **BY FIRST-CLASS MAIL**<br><br>Richard A. Spehr<br>Joseph De Simone<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

| BY FIRST-CLASS MAIL | BY FIRST-CLASS MAIL |
|---|---|
| Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908 | Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |

                                                                         */s/ Thomas P. Preston*
                                                                         Thomas P. Preston
                                                                         I.D. No. 2548

124215.00602/40171164v.1