IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

## DEFENDANT THOMAS E. EVANS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(6) AND 9(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant Thomas E. Evans ("Evans") by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), hereby moves the Court to dismiss the Complaint (D.I. 1) of Plaintiffs Collins & Aikman Corp. and Collins & Aikman Products Co. on the grounds that the Complaint fails to state a claim against Mr. Evans upon which relief can be granted, and that the Complaint fails to plead the alleged circumstances constituting fraud with particularity. The grounds upon which this motion is brought are fully set

forth in Mr. Evans' Opening Brief, filed contemporaneously herewith. A proposed form of Order is attached.

<div style="margin-left:50%">

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Christian Douglas Wright*
Christian Douglas Wright (#3554)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
cwright@ycst.com

*Attorneys for Defendant Thomas E. Evans*

</div>

OF COUNSEL:

MAYER BROWN LLP
Richard A. Spehr
Joseph De Simone
1675 Broadway
New York, New York 10019
(212) 506-2500

Dated:  September 14, 2007

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>　　　　　　　　Defendants. | C.A. No. 07-265-*** |

## ORDER

IT IS HEREBY ORDERED, this ___ day of _____, 2007, that Defendant Thomas E. Evans' Motion To Dismiss is GRANTED, and the Complaint is hereby DISMISSED WITH PREJUDICE as to Mr. Evans.

_____
　　　　　　　　　　　　　　　　　　　J.

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, Esquire, hereby certify that on September 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Joseph A. Rosenthal
Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

Anne C. Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
foster@rlf.com
stearn@rlf.com

Thomas P. Preston
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
preston-t@blankrome.com

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com

Michael J. Maimone
Joseph B. Cicero
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
mmaimone@eapdlaw.com
jcicero@eapdlaw.com

Peter B. Ladig
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
pladig@bayardfirm.com
sbrauerman@bayardfirm.com

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400
tmacauley@zuckerman.com

Vernon R. Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300
vproctor@proctorheyman.com

Robert S. Saunders
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
rsaunder@skadden.com

I further certify that on September 14, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

| | |
|---|---|
| Samuel H. Rudman<br>David A. Rosenfeld<br>Coughlin Stoia Geller<br>    Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>SRudman@csgrr.com<br>DRosenfeld@csgrr.com | Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>christopher.harris@lw.com<br>seth.friedman@lw.com |
| Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine, & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>(212) 474-1000<br>trafferty@cravath.com<br>aryan@cravath.com | Stephen L. Ascher<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 891-1600<br>sascher@jenner.com |
| Craig A. Stewart<br>Ken L. Hashimoto<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>(212) 715-1000<br>Craig.Stewart@aporter.com<br>Ken.Hashimoto@aporter.com | Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>andy.weissman@wilmerhale.com<br>michele.taylor@wilmerhale.com |

Carl S. Kravitz
Zuckerman Spaeder LLP
1800 M. Street, NW Suite 1000
Washington, DC 20036-5802
(202) 778-1800
ckravitz@zuckerman.com

Jonathon J. Lerner
Lea Haber Kuck
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
jlerner@skadden.com
lkuck@skadden.com

Michael Shapiro
Gerald Griffin
Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005
(212) 732-3200
mshapiro@clm.com
griffin@clm.com

Lynn Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
(248) 205-2772
lbrimer@stroblpc.com

Michael Joseph
Joseph O. Click
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com

Gandolfo V. DiBlasi
Stacey R. Friedman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
diblasig@sullcrom.com
friedmans@sullcrom.com

Richard M. Strassberg
Jeffrey A. Simes
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8859
rstrassberg@goodwinprocter.com
jsimes@goodwinprocter.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Christian Douglas Wright
Christian Douglas Wright (No. 3554)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
cwright@ycst.com