IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and<br>COLLINS & AIKMAN PRODUCTS CO.,<br>as Debtors in Possession,<br><br>              Plaintiffs,<br><br>     v.<br><br>DAVID A. STOCKMAN, et al.,<br><br>              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-265-***<br>:<br>:<br>:<br>: |

## **DEFENDANT DAVID R. COSGROVE'S MOTION TO DISMISS**

Defendant David R. Cosgrove, by his counsel, hereby moves, pursuant to FED. R. CIV. P. 9(b) and 12(b)(6), for an Order in the form attached hereto, dismissing the Complaint for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth more fully in the accompanying opening brief.

                                                 PROCTOR HEYMAN LLP

                                                 /s/ Vernon R. Proctor<br>
                                                 Vernon R. Proctor (# 1019)<br>
                                                 Email: vproctor@proctorheyman.com<br>
                                                 1116 West Street<br>
                                                 Wilmington, DE 19801<br>
                                                 (302) 472-7300<br>
                                                 Attorneys for Defendant David R. Cosgrove

OF COUNSEL:
ARNOLD & PORTER LLP
Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000

DATED:      September 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,  :<br><br>Plaintiffs,  :<br><br>v.  :<br><br>DAVID A. STOCKMAN, et al.,  :<br><br>Defendants.  : | C.A. No. 07-265-*** |

## ORDER

The Court, having considered Defendant David R. Cosgrove's Motion to Dismiss, and having found good cause therefor,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Motion is GRANTED, and that the Complaint is DISMISSED WITH PREJUDICE as to Defendant David R. Cosgrove.

_____
United States District Judge