UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS, LLP and KPMG LLP.<br><br>Defendants. | C.A. No. 07-265-***<br><br>*Electronically Filed* |

### MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT PAUL C. BARNABA

Defendant Paul C. Barnaba, by and through his undersigned counsel and pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(b)(1) and (2) (2006) (the "PSLRA") and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby respectfully moves to dismiss the claims Plaintiffs attempt to raise against him pursuant to Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder, Section 14(a) of the Exchange Act and Rule 14a-9 thereunder, and the common law of the state of Delaware in the above-captioned litigation.

In support of this motion, Mr. Barnaba relies on his Opening Brief filed contemporaneously herewith, and states that the Complaint fails to state a claim upon which relief may be granted and further fails to satisfy the pleading requirements of the PSLRA and Fed. R. Civ. P. 9(b).

WHEREFORE Mr. Barnaba respectfully requests that the Court dismiss Plaintiffs' claims against him in their entirety, with prejudice; and grant Mr. Barnaba such other and further relief as the Court deems just and proper.

Dated: September 14, 2007
       Wilmington, Delaware

Respectfully submitted,

By: *Elizabeth D. Power*
Thomas G. Macauley (ID No. 3411)
Elizabeth D. Power (ID No. 4135)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE 19801
(302) 427-0400 Telephone
(302) 427-8242 Fax

-and-

Carl S. Kravitz, Esq.
Lenora Miles Rigby, Esq.
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800 Telephone
(202) 822-8106 Fax

-and-

Laura Neish, Esq.
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, NY 10036
(212) 704-9600 Telephone
(212) 704-4256 Fax

*Attorneys for Defendant Paul Barnaba*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I caused to be electronically filed the "Motion to Dismiss All Claims Against Defendant Paul C. Barnaba" with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Joseph A. Rosenthal, Esquire and Carmella P. Keener, Esquire, Rosenthal, Monhait & Goddess, P.A., 919 N. Market Street, Suite 1401, Wilmington, DE 19801; Thomas P. Preston, Esquire, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801; Anne C. Foster, Esquire and Robert J. Stearn Jr., Esquire, Richards Layton & Finger P.A., One Rodney Square, 920 N. King Street, Wilmington, DE 19801; Andrew Auchincloss Lundgren, Esquire, Young Conaway Stargatt & Taylor LLP, 1000 West Street, 17th Floor, Wilmington, DE 19801; James Holzman, Esquire and J. Clayton Athey, Esquire, Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, DE 19801; Michael J. Maimone, Esquire and Joseph Benedict Cicero, Esquire, Edwards Angell Palmer & Dodge LLP, 919 N. Market Street, 15th Floor, Wilmington, DE 19801; Peter B. Ladig, Esquire and Stephen B. Brauerman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; and Vernon R. Proctor, Esquire, Proctor Heyman LLP, 1116 West Street, Wilmington, DE 19801.

I further certify that on September 14, 2007, I caused to be mailed first class United States mail, postage prepaid, the document to the following non-registered participants:

Samuel H. Rudman, Esquire
Coughlin Stoia Geller
  Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Lynn Brimer, Esquire
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

Michael Joseph, Esquire
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037

Richard A. Spehr, Esquire
Joseph D. Simone, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Craig A. Stewart, Esquire
Ken L. Hashimoto, Esquire
Monique A. Gaylor, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Gandolfo V. DiBlasi, Esquire
Stacey R. Friedman, Esquire
David E. Swarts, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Michael Shapiro, Esquire
Gerald Griffin, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Richard M. Strassberg, Esquire
Jeffrey A. Simes, Esquire
Laurie L. Levin, Esquire
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Stephen L. Ascher, Esquire
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Jonathan J. Lerner, Esquire
Lea Haber Kuck, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036

Andrew B. Weissman, Esquire
Michele L. Taylor, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Thomas G. Rafferty, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Christopher Harris, Esquire
Seth L. Friedman, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022


*/s/ Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)