UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07cv265-*** |

## MOTION TO DISMISS

Defendants Daniel P. Tredwell, W. Gerald McConnell and Samuel Valenti, III move, through their undersigned counsel, to dismiss with prejudice claims asserted against them in the complaint pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(1)-(2), and the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), 15 U.S.C.S. § 78bb(f)(1), for the reasons more fully set forth in a brief accompanying herewith.

                                                        */s/ Robert S. Saunders*
                                                        Robert S. Saunders (Bar I.D. No. 3027)
                                                        SKADDEN, ARPS, SLATE,
                                                          MEAGHER & FLOM LLP
                                                        One Rodney Square
                                                        P.O. Box 636
                                                        Wilmington, DE 19899
                                                        Tel: (302) 651-3000
                                                        Fax: (302) 651-3001

DATED: September 14, 2007

2