UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07cv265-*** |

## MOTION TO DISMISS

Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C. and Heartland Industrial Group, L.L.C. move, through their undersigned counsel, to dismiss with prejudice all claims asserted against them in the complaint pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), 15 U.S.C.S. § 78bb(f)(1), for the reasons more fully set forth in a brief accompanying herewith.

1

                                          */s/ Robert S. Saunders*
                                          Robert S. Saunders (Bar I.D. No. 3027)
                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                          One Rodney Square
                                          P.O. Box 636
                                          Wilmington, DE 19899
                                          Tel: (302) 651-3000
                                          Fax: (302) 651-3001

DATED: September 14, 2007