## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,

                            Plaintiffs,

v.

DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C.,. PRICEWATERHOUSECOOPERS LLP and KPMG LLP,

                            Defendants.

C.A. No. 07-265-***

## DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), defendant PricewaterhouseCoopers LLP ("PwC") hereby moves for the entry of an order dismissing the Complaint with prejudice as to PwC. The grounds for this motion are set forth in the *Memorandum of Law in Support of PWC's Motion to Dismiss*, filed contemporaneously herewith.

Dated:  September 14, 2007
       Wilmington, Delaware

Robert J. Stearn, Jr. (No. 2915)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

- and -

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for PricewaterhouseCoopers LLP*

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C.,. PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-\*\*\* |

## ORDER DISMISSING COMPLAINT

The Court having considered *Defendant PricewaterhouseCoopers LLP's Motion to Dismiss* and the parties' briefs and arguments thereon;

IT IS HEREBY ORDERED this _____ day of _____, 200__, that

the Complaint is dismissed with prejudice as to PricewaterhouseCoopers, LLP.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Lee E. Kaufman, hereby certify that on this 14th day of September, 2007, I caused a

copy of the ***Defendant PricewaterhouseCoopers LLP's Motion to Dismiss*** to be electronically

filed with the Clerk of Court using CM/ECF, which will send notifications of such filing to the

following:

| |
|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>P. O. Box 1070<br>Wilmington, DE 19899<br>(Counsel to Plaintiffs) |
| Thomas P. Preston<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(Counsel to Defendants Koth & Krause) |
| Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>P. O. Box 1028<br>Wilmington, DE 19899<br>(Counsel to Defendant Barnaba) |
| Christian D. Wright<br>Andrew A. Lundgren<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Street<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>(Counsel to Defendant Evans) |

| |
|---|
| Peter B. Ladig<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>(Counsel to Defendant Stockman) |
| Vernon R. Proctor<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801<br>(Counsel to Defendant Cosgrove) |
| James L. Holzman<br>J. Clayton Athey<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(Counsel to Defendant Becker) |
| Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Defendant KPMG LLP) |
| Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908<br>(Counsel to Defendant Becker) |

-2-

I hereby certify that on this 14ᵗʰ day of September, 2007, I caused a copy of the

***Defendant PricewaterhouseCoopers LLP's Motion to Dismiss*** to be served in the manner

indicated upon the following:

| |
|---|
| ***Via Hand Delivery***<br>Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE 19899<br>(Counsel to Defendants Heartland, Tredwell,<br>McConnell & Valenti) |
| ***Via Fed Ex***<br>Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>(Counsel to Defendant Stepp) |
| ***Via Fed Ex***<br>Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road<br>Suite 200<br>Bloomfield Hills, MI 48304-2376<br>(Counsel to Defendant Hess) |
| ***Via Fed Ex***<br>Samuel H. Rudman<br>David A. Rosenfeld<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>(Counsel to Plaintiffs) |

-3-

| |
|---|
| *Via Fed Ex*<br>Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Avenue, NW<br>Washington, D.C. 20037<br>(Counsel to Defendants Koth & Krause) |
| *Via Fed Ex*<br>Carl S. Kravitz<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036<br>(Counsel to Defendant Barnaba) |
| *Via Fed Ex*<br>Richard A. Spehr<br>Joseph DeSimone<br>Mayer Brown<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Defendant Evans) |
| *Via Fed Ex*<br>Andrew B. Weisman<br>Michael L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(Counsel to Defendant Stockman) |
| *Via Fed Ex*<br>Craig A. Stewart<br>Ken L. Hashimoto<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022<br>(Counsel to Defendant Cosgrove) |
| *Via Fed Ex*<br>Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908<br>(Counsel to Defendant Becker) |

-4-

| |
|---|
| ***Via Fed Ex***<br>Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>(Counsel to Defendant KPMG LLP) |
| ***Via Fed Ex***<br>Richard M. Strassberg<br>Jeffrey A. Simes<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(Counsel to Defendant McCallum) |
| ***Via Fed Ex***<br>Jonathan J. Lerner<br>Lee Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Time Square<br>New York, NY 10036<br>(Counsel to Defendants Heartland, Tredwell,<br>McConnell & Valenti) |
| ***Via Fed Ex***<br>Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>(Counsel to Defendant Galante) |

Lee E. Kaufman (DE No. 4877)
Richards, Layton & Finger, P.A.
920 North King Street
P. O. Box 551
Wilmington, Delaware 19899
Phone:   302-651-7700
Fax:  302-651-7701
E-mail:  kaufman@rlf.com

RLF1-3201232-1