IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION et al., | ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-265*** |
| v. | ) ) ) | |
| DAVID A. STOCKMAN, et al., | ) ) | |
| Defendants. | ) | |

## DEFENDANT KPMG LLP'S MOTION TO DISMISS

Defendant KPMG, LLP, by and through its undersigned counsel, hereby respectfully moves the Court to dismiss Plaintiffs' claims for failure to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6). The basis for this motion is more fully set forth in KPMG's Opening Brief filed contemporaneously herewith.

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Michael J. Maimone

Michael J. Maimone (#3592)
Paul D. Brown (#3903)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
mmaimone@eapdlaw.com

OF COUNSEL:

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

September 14, 2007

## CERTIFICATE OF SERVICE

I, Michael J. Maimone, Esq., hereby certify that on September 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for reviewing and downloading to the following counsel of record:

> Joseph A. Rosenthal, Esquire.
> Carmella P. Keener
> Rosenthal, Monhait & Goddess, P.A.
> 919 N. Market Street
> Wilmington, DE 19801

I further certify that on September 14, 2007, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY EMAIL**

Samuel H. Rudman
srudman@csgrr.com
David A. Rosenfeld
drosenfeld@csgrr.com
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

/s/ Michael J. Maimone
Michael J. Maimone (#3592)
Paul D. Brown (#3903)
Edwards Angell Palmer & Dodge LLP
Wilmington, DE 19801
(302) 777-7770
mmaimone@eapdlaw.com