IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

**<u>DEFENDANT CHARLES E. BECKER'S MOTION TO DISMISS</u>**

Defendant Charles E. Becker, by and through his undersigned counsel, hereby moves to dismiss the Complaint filed in this action pursuant to Rules 8(a), 9(b) and 12(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. The grounds for this motion are more fully explained in the Memorandum of Law in Support of Defendant Charles E. Becker's Motion to Dismiss the Complaint, filed herewith, and the briefs and memoranda of law filed by the other defendants in this action in support of their motions to dismiss to the extent the arguments advanced therein are applicable to Mr. Becker.

20289.1.\346330v1

Dated: September 14, 2007                       PRICKETT, JONES & ELLIOTT, P.A.

By:  /s/ James L. Holzman
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street, Box 1328
Wilmington, Delaware  19899
Ph:  (302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com

OF COUNSEL:

Anton Valukas
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
(312) 222-9350
avalukas@jenner.com

Stephen L. Ascher
JENNER & BLOCK LLP
919 Third Avenue - 37th Floor
New York, New York 10022
sascher@jenner.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-265-*** |

## ORDER GRANTING DEFENDANT
## CHARLES E. BECKER'S MOTION TO DISMISS

WHEREAS, Defendant Charles E. Becker moved to dismiss the Complaint; and

WHEREAS, the Court has considered the briefs submitted by Defendant Charles E. Becker, Plaintiffs and the other Defendants in this action;

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Motion to Dismiss is GRANTED, and the Complaint is DISMISSED with prejudice as to Charles E. Becker.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 14th day of September, 2007, a copy of the foregoing **DEFENDANT CHARLES E. BECKER'S MOTION TO DISMISS** was served on the following counsel:

BY ELECTRONIC SERVICE & HAND DELIVERY

Joseph A. Rosenthal
Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19899

BY ELECTRONIC SERVICE & HAND DELIVERY

Anne C. Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

BY ELECTRONIC SERVICE & HAND DELIVERY

Thomas P. Preston
Blank Rome LLP
Chase Manhattan
1201 Market Street, Suite 800
Wilmington, DE  19801

BY ELECTRONIC SERVICE & HAND DELIVERY

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801

BY ELECTRONIC SERVICE & HAND DELIVERY

Vernon R. Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE  19899

BY ELECTRONIC SERVICE & HAND DELIVERY

Christian Douglas Wright
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

BY ELECTRONIC SERVICE & HAND DELIVERY

Michael J. Maimone
Joseph B. Cicero
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE  19801

BY ELECTRONIC SERVICE & HAND DELIVERY

Peter B. Ladig
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

20289.1\343150v1

<u>BY HAND DELIVERY</u>

Robert S. Saunders
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

<u>BY FIRST –CLASS MAIL</u>

Michael Shapiro
Gerald Griffin
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

<u>BY FIRST-CLASS MAIL</u>

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

<u>BY FIRST-CLASS MAIL</u>

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

<u>BY FIRST-CLASS MAIL</u>

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Leven
Goodwin Proctor
599 Lexington Avenue
New York, NY 10022

<u>BY FIRST-CLASS MAIL</u>

Lynn Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376


                              /s/ J. Clayton Athey
                         _____
                         J. Clayton Athey (Bar ID #4378)