# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and    :
COLLINS & AIKMAN PRODUCTS CO., as Debtors in    :
Possession,    :
   :
        Plaintiffs,    :
   :    Civil Action No. 07-265-***
      vs.    :
   :
DAVID A. STOCKMAN, J. MICHAEL STEPP,    :
BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C.    :
BARNABA, ROBERT A. KRAUSE, JOHN A.    :
GALANTE, CHARLES E. BECKER, ELKIN B.    :
MCCALLUM, THOMAS E. EVANS, CYNTHIA    :
HESS, DANIEL P. TREDWELL, W. GERALD    :
MCCONNELL, SAMUEL VALENTI, III,    :
HEARTLAND INDUSTRIAL PARTNERS, L.P.,    :
HEARLAND INDUSTRIAL ASSOCIATES, L.L.C.,    :
HEARTLAND INDUSTRIAL GROUP, L.L.C.,    :
PRICEWATERHOUSECOOPERS LLP and KPMG    :
LLP,    :
   :
        Defendants.    :
   :

## NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER the appearances of Albert H. Manwaring, IV and Thomas H. Kovach

of Pepper Hamilton LLP on behalf of Defendant Cynthia Hess.

Of Counsel:                /s/ Albert H. Manwaring, IV
                         Albert H. Manwaring, IV (Del. Bar No. 4339)
Lynn M. Brimer (P43291)          Thomas H. Kovach (Del. Bar No. 3964)
Dennis W. Loughlin (P57084)       PEPPER HAMILTON LLP
George S. Fish (P51298)           Hercules Plaza, Suite 5100
STROBL & SHARP, P.C.          P.O. Box 1709
300 East Long Lake Road, Suite 200   Wilmington, DE  19899-1709
Bloomfield Hills, MI  48304-2376     Telephone No. (302) 777-6500
Telephone No. (248) 540-2300      Facsimile No. (302) 421-8390
Facsimile No. (248) 645-2690       manwaringa@pepperlaw.com
lbrimer@stroblpc.com            kovacht@pepperlaw.com

Dated:  September 14, 2007        *Attorneys for Defendant Cynthia Hess*

## <u>CERTIFICATE OF SERVICE</u>

I, Albert H. Manwaring, IV, hereby certify that on this 14th day of September 2007, a

copy of the foregoing Notice of Entry of Appearance on behalf of Defendant Cynthia Hess was

electronically served upon the following *via CM/ECF*:

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
*Attorneys for Plaintiffs Collins & Aikman*
*Corporation and Collins & Aikman Products*
*Co.*

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendant*
*PriceWaterHouseCoopers LLP*

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
*Attorneys for Defendant KPMG LLP*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
*Attorneys for Defendant Paul C. Barnaba*

Andrew A. Lundgren, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Defendant Thomas Evans*

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
*Attorneys for Bryce M. Koth and Robert A.*
*Krause*

Peter B. Ladig, Esq.
Stephen B. Brauerman, Esq.
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*Attorneys for Defendant David Stockman*

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
*Attorneys for Charles E. Becker*

Vernon R. Proctor, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE  19801
*Attorneys for Defendant David R. Cosgrove*

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Elkin B. McCallum*

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
*Attorneys for Defendants Daniel P. Tredwell,*
*W. Gerald McConnell, Samuel Valenti, III,*
*Heartland Industrial Partners, L.P., Heartland*
*Industrial Associates, L.L.C., and Heartland*
*Industrial Group, L.L.C.*

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (Del. Bar No. 4339)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390
manwaringa@pepperlaw.com

#8879758 v1