IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>       Plaintiffs,<br><br>    v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP, and KPMG LLP,<br><br>       Defendants. | Case No: 1:07-cv-00265-***<br><br>Assigned to: Vacant Judgeship |

## DEFENDANT DAVID A. STOCKMAN'S MOTION TO DISMISS

Defendant David A. Stockman, by and through his undersigned attorneys, hereby moves this Court to dismiss this action pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The grounds for this motion are more fully set forth in the accompanying brief and appendix in support thereof.

670299-1

Dated: September 14, 2007

OF COUNSEL:
Andrew B. Weissman
Nicole Rabner
Michele L. Taylor
Jenny R. Chou
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr, LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

THE BAYARD FIRM, P.A.

/s/ Peter B. Ladig
Peter B. Ladig (No. 3513)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
pladig@bayardfirm.com
sbrauerman@bayardfirm.com
(302) 655-5000

Counsel for Defendant David A. Stockman

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, Esquire hereby certify that on the 14th day of September, 2007, a true and correct copy of the foregoing **Defendant David A. Stockman's Motion to Dismiss** has been served upon the following parties as indicated.

### VIA CM/EFC

Joseph A. Rosenthal, Esquire
Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19899-1070

Thomas P. Preston, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Andrew Auchincloss Lundgren, Esquire
Christian D. Wright, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Anne Churchill Foster, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Michael J. Maimone, Esquire
Joseph Benedict Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Vernon R. Proctor, Esquire
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

Kenneth J. Nachbar, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert Scott Saunders, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

670400-1

Thomas G. Macauley, Esquire
Elizabeth Dianne Power, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899

Michael J. Maimone, Esquire
Joseph Benedict Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801

                                                Stephen B. Brauerman (No. 4952)