IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 07-265 *** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID A. STOCKMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT KPMG LLP'S MOTION TO STAY PENDING ARBITRATION**

Defendant KPMG, LLP, by and through its undersigned counsel, hereby respectfully moves the Court to stay this case pending arbitration, as required by the engagement letter, the Federal Arbitration Act, and the governing case law. The basis for this motion is more fully set forth in KPMG's Opening Brief filed contemporaneously herewith.

- 2 -

                    EDWARDS ANGELL PALMER & DODGE LLP

                    */s/ Michael J. Maimone*
                    _____
                    Michael J. Maimone (#3592)
                    Paul D. Brown (#3903)
                    919 North Market Street, 15th Floor
                    Wilmington, DE  19801
                    (302) 777-7770
                    mmaimone@eapdlaw.com

OF COUNSEL:

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
(212) 906-1200

September 14, 2007

## CERTIFICATE OF SERVICE

I, Michael J. Maimone, Esquire, hereby certify that on September 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for reviewing and downloading to the following counsel of record:

> Joseph A. Rosenthal, Esquire.
> Carmella P. Keener
> Rosenthal, Monhait & Goddess, P.A.
> 919 N. Market Street
> P.O. Box 1070
> Wilmington, DE 19899

I further certify that on September 14, 2007, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

### BY EMAIL

> Samuel H. Rudman
> srudman@csgrr.com
> David A. Rosenfeld
> drosenfeld@csgrr.com
> Coughlin Stoia Geller Rudman & Robbins LLP
> 58 South Service Road, Suite 200
> Melville, NY 11747

> > /s/ Michael J. Maimone
> > Michael J. Maimone (#3592)
> > Paul D. Brown (#3903)
> > Edwards Angell Palmer & Dodge LLP
> > Wilmington, DE 19801
> > (302) 777-7770
> > mmaimone@eapdlaw.com