## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION OF CERTAIN DEFENDANTS TO TRANSFER VENUE

Defendants J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause and John A. Galante move this Court to transfer venue of this case to the United States District Court for the Eastern District of Michigan, pursuant to 28 U.S.C. § 1404(a). The reasons for this Motion are set forth in the accompanying Brief in Support of Certain Defendants' Motion to Transfer Venue.

WHEREFORE, moving Defendants request that this case be transferred to the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

BLANK ROME LLP

*/s/ Thomas P. Preston*

By:_____

     Thomas P. Preston
     (Del. Bar No. 2548)
     1201 Market Street, Suite 800
     Wilmington, DE  19801
     (302) 4256478
     preston-t@blankrome.com

*Attorneys for Defendants Bryce M.
Koth and Robert A. Krause*

OF COUNSEL:

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC  20037
Telephone:  (202) 772-5800
E-mail:  click@blankrome.com

PROCTOR HEYMAN LLP

*/s/ Vernon R. Proctor*

By:_____

     Vernon R. Proctor
     Del. Bar No.1019
     1116 West Street
     Wilmington, DE  19801
     (302) 472-7300
     vproctor@proctorheyman.com

*Attorneys for Defendant David R.
Cosgrove*

2

ZUCKERMAN SPAEDER LLP


*/s/ Thomas G. Macauley*

By:_____
       Thomas G. Macauley
       Del. Bar No. 3411
       919 Market Street, Suite 1705
       Wilmington, DE 19899
       (302) 427-0400
       tmacauley@zuckerman.com

       *Attorneys for Defendant Paul C.*
       *Barnaba*


POTTER ANDERSON & CORROON


*/s/ Richard L. Horwitz*

By:_____
       Richard L. Horwitz
       Del. Bar No. 2246
       Peter J. Walsh, Jr.
       Del. Bar No. 2437
       1313 North Market Street
       Wilmington, DE 19801
       (302) 984-6000
       rhorwitz@potteranderson.com
       pwalsh@potteranderson.com

       *Attorneys for Defendant J. Michael*
       *Stepp*

OF COUNSEL:

Gandolfo V. DiBlasi
Karen Patton Seymour
Stacey R. Friedman
David E. Swarts
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
E-mail: swartsd@sullcrom.com

3

STILLMAN, FRIENDMAN &
SHECHTMAN, P.C.

*/s/ Michael Shapiro*

By: _____
Michael Shapiro
Scott M. Himes
425 Park Avenue
New York, NY 10022
(212) 223-0200
mshapiro@stillmanfriedman.com
shimes@stillmanfriedman.com

*Attorney for Defendant John Galante*

September 19, 2007

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>**ORDER**</u>

AND NOW, this _____ day of _____, 2007, having considered the Motion to Transfer Venue submitted by Defendants J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause and John A. Galante and the response thereto, this case is hereby transferred to the United States District Court for the Eastern District of Michigan.

AND IT IS SO ORDERED.

_____
J.

# EXHIBIT – CERTIFICATION OF COUNSEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION OF COUNSEL PURSUANT TO RULE 7.1.1

Pursuant to Rule 7.1.1, counsel for Defendants Robert A. Krause and Bryce M. Koth called Plaintiff's counsel on September 12, 2007 to ask if she would consent to the Motion to Transfer. As of the date of this Motion, Plaintiff's counsel has not responded to that inquiry.

124215.00602/40171187v.1

Respectfully submitted,

BLANK ROME LLP

*/s/ Thomas P. Preston*

By:_____

Thomas P. Preston
(Del. Bar No. 2548)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 4256478
preston-t@blankrome.com

*Attorneys for Defendants Bryce M.*
*Koth and Robert A. Krause*

OF COUNSEL:

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone: (202) 772-5800
E-mail: click@blankrome.com

Dated: September 19, 2007

2

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 19th day of September, 2007, a copy of

the foregoing **MOTION OF CERTAIN DEFENDANTS TO TRANSFER VENUE** was

served on the following counsel:

| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Samuel H. Rudman<br>Lerach Coughlin Stoia Geller Rudman &<br> Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Jonathan J. Lerner<br>Lea Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |

| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
|---|---|
| Christian Douglas Wright<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19801 | Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
| Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
| Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
| Carl S. Kravits<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036 | Richard A. Spehr<br>Joseph De Simone<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

124215.00602/40171169v.1

| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
|---|---|
| Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908 | Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |

*/s/ Thomas P. Preston*

Thomas P. Preston
I.D. No. 2548

3

124215.00602/40171169v.1