IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | Civil Action No. 07-265-*** |

**STIPULATION EXTENDING DATE TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiffs, Collins & Aikman Corporation and Collins & Aikman Products Co., and Defendant Cynthia Hess, subject to the approval of the Court, that the date on or before which Defendant Cynthia Hess shall answer, move, or otherwise respond to the Complaint is extended from September 14, 2007 to and includes September 21, 2007, because local counsel, Pepper Hamilton LLP, for the Defendant

#8879272 v1

Cynthia Hess was just retained on September 14, 2007, and requires a short extension to review the Complaint and Defendant Cynthia Hess' proposed response.

Of Counsel:

Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
George S. Fish (P51298)
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone No.: (248) 540-2300
Facsimile No.: (248) 645-2690
lbrimer@stroblpc.com

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (Del. Bar No. 4339)
Thomas H. Kovach (Del. Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390
manwaringa@pepperlaw.com
kovacht@pepperlaw.com

*Attorneys for Defendant Cynthia Hess*

/s/ Carmella P. Keener
Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar. No. 2810)
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
Telephone No.: (302) 656-4433
Facsimile No.: (302) 658-7567
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
Telephone No.: (631) 367-7100
Facsimile No.: (631) 367-1173

*Attorneys for Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co., as Debtors in Possession*

    SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

#8879272 v1

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on this 21st of September 2007, I caused a copy of the Stipulation Extending Date to Answer, Move, or Otherwise Respond to Complaint of Defendant Cynthia Hess to be served in the manner indicated upon the following counsel of record:

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
*Via CM/ECF*

Samuel H. Rudman, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
srodman@csgrr.com
*Via E-mail*

*Attorneys for Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co.*

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Via CM/ECF*

Thomas G. Rafferty, Esq.
Antony L. Ryan, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
trafferty@cravath.com
Aryan@cravath.com
*Via E-mail*

*Attorneys for Defendant PriceWaterHouseCoopers LLP*

#8879769 v1

-2-

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
*Via CM/ECF*

Christopher Harris, Esq.
Seth L. Friedman, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*christopherharris@lw.com*
*sethfriedman@lw.com*
*Via E-mail*

*Attorneys for Defendant KPMG LLP*

Andrew A. Lundgren, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Via CM/ECF*

Richard A. Spehr
Joseph De Simone
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
*rspehr@mayerbrown.com*
*jdesmone@mayerbrown.com*
*Via E-mail*

*Attorneys for Defendant Thomas Evans*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
*Via CM/ECF*

Carl S. Kravitz, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, DC 20036
*ckravitz@zuckerman.com*
*Via E-Mail*

*Attorneys for Defendant Paul C. Barnaba*

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
*Via CM/ECF*

Michael Joseph, Esq.
Joseph O. Click, Esq.
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
*joseph@blankrome.com*
*click@blankrome.com*
*Via E-Mail*

*Attorneys for Bryce M. Koth and Robert A. Krause*

Peter B. Ladig, Esq.
Stephen B. Brauerman, Esq.
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*Via CM/ECF*

Andrew B. Weissman, Esq.
Michele L. Taylor, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
*Andy.weissman@wilmerhale.com*
*Michele.taylor@wilmerhale.com*
*Via E-Mail*

*Attorneys for Defendant David Stockman*

Vernon R. Proctor, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
*Via CM/ECF*

Craig A. Stewart, Esq.
Ken L. Hashimoto, Esq.
Monique A. Gaylor
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
*Craig.Stewart@aporter.com*
*Ken.Hashimoto@aporter.com*
*Via E-Mail*

*Attorneys for Defendant David R. Cosgrove*

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
*Via CM/ECF*

Stephen L. Ascher, Esq.
Jenner & Block
919 Third Avenue
New York, NY  10022-3908
*sascher@jenner.com*
*Via E-Mail*

*Attorneys for Charles E. Becker*

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Via CM/ECF*

Richard M. Strassberg, Esq.
Jeffrey A. Simes
Laurie L. Leven
599 Lexington Avenue
New York, NY  10022
*rstrassberg@goodwinprocter.com*
*Via E-Mail*

*Attorneys for Elkin B. McCallum*

-3-

#8879769 v1

| | |
|---|---|
| Robert S. Saunders, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>***Via CM/ECF*** | **Richard L. Horwitz**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>***Via CM/ECF*** |
| Jonathan J. Lerner, Esq.<br>Lea Haber Kuck, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>jlerner@skadden.com<br>lkuck@skadden.com<br>***Via E-Mail*** | Gandolfo V. DiBlasi, Esq.<br>Stacey R. Friedman, Esq.<br>David E. Swarts, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 1004<br>diblasig@sullcrom.com<br>friedmans@sullcrom.com<br>***Via E-Mail*** |
| *Attorneys for Defendants Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., and Heartland Industrial Group, L.L.C.* | *Attorneys for Defendant J. Michael Stepp* |

Michael Shapiro, Esq.
Gerald Griffin, Esq.
Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005
mshapiro@clm.com
griffin@clm.com
***Via E-Mail***

*Attorneys for Defendant John A. Galante*

/s/ *Albert H. Manwaring, IV*
Albert H. Manwaring, IV (Del. Bar No. 4339)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390
manwaringa@pepperlaw.com