## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and
COLLINS & AIKMAN PRODUCTS CO., as Debtors in
Possession,

               Plaintiffs,

      vs.

DAVID A. STOCKMAN, J. MICHAEL STEPP,
BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C.
BARNABA, ROBERT A. KRAUSE, JOHN A.
GALANTE, CHARLES E. BECKER, ELKIN B.
MCCALLUM, THOMAS E. EVANS, CYNTHIA
HESS, DANIEL P. TREDWELL, W. GERALD
MCCONNELL, SAMUEL VALENTI, III,
HEARTLAND INDUSTRIAL PARTNERS, L.P.,
HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C.,
HEARTLAND INDUSTRIAL GROUP, L.L.C.,
PRICEWATERHOUSECOOPERS LLP and KPMG
LLP,

               Defendants.

Civil Action No. 07-265-***

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Lynn M. Brimer, Esquire; Dennis W. Loughlin Esquire; and George S. Fish, Esquire of Strobl & Sharp, P.C. to represent Defendant Cynthia Hess in the above captioned matter.

Dated:  September 21, 2007

          */s/ Thomas H. Kovach*
          Albert H. Manwaring, IV (No. 4339)
          Thomas H. Kovach (No. 3964)
          PEPPER HAMILTON, LLP
          Hercules Plaza, Suite 5100
          1313 Market Street, P.O. Box 1709
          Wilmington, DE 19899-1709
          (302) 777-6514; fax:  (302) 421-8390
          *Attorneys for Defendant Cynthia Hess*

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

          _____
          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and the State of Illinois and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this Motion.

September/9, 2007

Lynn M. Brimer (P43291)
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300
(248) 645-2690 fax

#8883622 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this Motion.

September 7, 2007

Dennis W. Loughlin (P57084)
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300
(248) 645-2690 fax

#8883622 v1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this Motion.

September 1_, 2007

George S. Fish (P51298)
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300
(248) 645-2690 fax

#8883622 v1

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on this 21st of September 2007, I caused a copy of the Motion and Order for Admission *Pro Hac Vice* of Lynn M. Brimer, Esquire, Dennis W. Loughlin, Esquire, and George S. Fish, Esquire of Defendant Cynthia Hess to be served in the manner indicated upon the following counsel of record:

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
*Via CM/ECF*

Samuel H. Rudman, Esq.
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*srodman@csgrr.com*
*Via E-mail*

*Attorneys for Plaintiffs Collins & Aikman
Corporation and Collins & Aikman Products
Co.*

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Via CM/ECF*

Thomas G. Rafferty, Esq.
Antony L. Ryan, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
*trafferty@cravath.com*
*Aryan@cravath.com*
*Via E-mail*

*Attorneys for Defendant
PriceWaterHouseCoopers LLP*

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
***Via CM/ECF***

Christopher Harris, Esq.
Seth L. Friedman, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*christopherharris@lw.com*
*sethfriedman@lw.com*
***Via E-mail***

*Attorneys for Defendant KPMG LLP*

Andrew A. Lundgren, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
***Via CM/ECF***

Richard A. Spehr
Joseph De Simone
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
*rspehr@mayerbrown.com*
*jdesmone@mayerbrown.com*
***Via E-mail***

*Attorneys for Defendant Thomas Evans*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
***Via CM/ECF***

Carl S. Kravitz, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, DC 20036
*ckravitz@zuckerman.com*
***Via E-Mail***

*Attorneys for Defendant Paul C. Barnaba*

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
***Via CM/ECF***

Michael Joseph, Esq.
Joseph O. Click, Esq.
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
*joseph@blankrome.com*
*click@blankrome.com*
***Via E-Mail***

*Attorneys for Defendants Bryce M. Koth and
Robert A. Krause*

#8879769 v1

Peter B. Ladig, Esq.
Stephen B. Brauerman, Esq.
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*Via CM/ECF*

Andrew B. Weissman, Esq.
Michele L. Taylor, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
*Andy.weissman@wilmerhale.com*
*Michele.taylor@wilmerhale.com*
*Via E-Mail*

*Attorneys for Defendant David Stockman*

Vernon R. Proctor, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
*Via CM/ECF*

Craig A. Stewart, Esq.
Ken L. Hashimoto, Esq.
Monique A. Gaylor
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Craig.Stewart@aporter.com*
*Ken.Hashimoto@aporter.com*
*Via E-Mail*

*Attorneys for Defendant David R. Cosgrove*

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
*Via CM/ECF*

Stephen L. Ascher, Esq.
Jenner & Block
919 Third Avenue
New York, NY 10022-3908
*sascher@jenner.com*
*Via E-Mail*

*Attorneys for Charles E. Becker*

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Via CM/ECF*

Richard M. Strassberg, Esq.
Jeffrey A. Simes, Esq.
Laurie L. Levin, Esq.
599 Lexington Avenue
New York, NY 10022
*rstrassberg@goodwinprocter.com*
*jsimes@goodwinprocter.com*
*llevin@goodwinprocter.com*
*Via E-Mail*

*Attorneys for Defendant Elkin B. McCallum*

#8879769 v1

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
***Via CM/ECF***

Jonathan J. Lerner, Esq.
Lea Haber Kuck, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*jlerner@skadden.com*
*lkuck@skadden.com*
***Via E-Mail***

*Attorneys for Defendants Daniel P. Tredwell,*
*W. Gerald McConnell, Samuel Valenti, III,*
*Heartland Industrial Partners, L.P., Heartland*
*Industrial Associates, L.L.C., and Heartland*
*Industrial Group, L.L.C.*

Michael Shapiro, Esq.
Gerald Griffin, Esq.
Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005
*mshapiro@clm.com*
*griffin@clm.com*
***Via E-Mail***

*Attorneys for Defendant John A. Galante*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
***Via CM/ECF***

Gandolfo V. DiBlasi, Esq.
Stacey R. Friedman, Esq.
David E. Swarts, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 1004
*diblasig@sullcrom.com*
*friedmans@sullcrom.com*
***Via E-Mail***

*Attorneys for Defendant J. Michael Stepp*

/s/ *Thomas H. Kovach*
Thomas H. Kovach (Del. Bar No. 3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390
kovacht@pepperlaw.com

#8879769 v1