**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, : : : : Plaintiffs, : : vs. : : DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, : : : : : : : : : : : : Defendants. : : | Civil Action No. 07-265-*** |

**DEFENDANT CYNTHIA HESS'S MOTION TO DISMISS COMPLAINT**

Defendant, Cynthia Hess, by and through undersigned counsel, hereby respectfully moves this Court to dismiss Plaintiffs' Complaint for failure to state claims upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6). The basis for this motion is more fully set forth in the Opening Brief of Cynthia Hess, filed contemporaneously herewith.

#8885298 v1

WHEREFORE, Defendant Cynthia Hess respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice.

    Respectfully submitted,

    /s/ Albert H. Manwaring, IV
    Albert H. Manwaring, IV (Del. Bar No. 4339)
    Thomas H. Kovach (Del. Bar No. 3964)
    PEPPER HAMILTON LLP
    Hercules Plaza, Suite 5100
    P.O. Box 1709
    Wilmington, DE  19899-1709
    Telephone No.: (302) 777-6500
    Facsimile No.: (302) 421-8390
    manwaringa@pepperlaw.com
    kovacht@pepperlaw.com

    Of Counsel:
    Lynn M. Brimer (P43291)
    Dennis W. Loughlin (P57084)
    George S. Fish (P51298)
    STROBL & SHARP, P.C.
    300 East Long Lake Road, Suite 200
    Bloomfield Hills, MI  48304-2376
    Telephone No.: (248) 540-2300
    Facsimile No.: (248) 645-2690
    lbrimer@stroblpc.com

    Attorneys for Defendant Cynthia Hess

Dated:  September 21, 2007

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on this 21st of September 2007, I caused a copy of Defendant Cynthia Hess' Motion to Dismiss Complaint, the Opening Brief in Support of Her Motion to Dismiss the Complaint for Failure to State Claims Upon Which Relief can be Granted, and the Proposed Order, to be served in the manner indicated upon the following counsel of record:

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Citizens Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
*Via CM/ECF*

Samuel H. Rudman, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
srodman@csgrr.com
*Via E-mail*

*Attorneys for Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co.*

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Via CM/ECF*

Thomas G. Rafferty, Esq.
Antony L. Ryan, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
trafferty@cravath.com
Aryan@cravath.com
*Via E-mail*

*Attorneys for Defendant PriceWaterHouseCoopers LLP*

#8879769 v1

-2-

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
*Via CM/ECF*

Christopher Harris, Esq.
Seth L. Friedman, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*christopherharris@lw.com*
*sethfriedman@lw.com*
*Via E-mail*

*Attorneys for Defendant KPMG LLP*

Andrew A. Lundgren, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Via CM/ECF*

Richard A. Spehr
Joseph De Simone
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
*rspehr@mayerbrown.com*
*jdesmone@mayerbrown.com*
*Via E-mail*

*Attorneys for Defendant Thomas Evans*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
*Via CM/ECF*

Carl S. Kravitz, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, DC 20036
*ckravitz@zuckerman.com*
*Via E-Mail*

*Attorneys for Defendant Paul C. Barnaba*

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
*Via CM/ECF*

Michael Joseph, Esq.
Joseph O. Click, Esq.
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
*joseph@blankrome.com*
*click@blankrome.com*
*Via E-Mail*

*Attorneys for Defendants Bryce M. Koth and Robert A. Krause*

#8879769 v1

-3-

Peter B. Ladig, Esq.
Stephen B. Brauerman, Esq.
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*Via CM/ECF*

Andrew B. Weissman, Esq.
Michele L. Taylor, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
*Andy.weissman@wilmerhale.com*
*Michele.taylor@wilmerhale.com*
*Via E-Mail*

*Attorneys for Defendant David Stockman*

Vernon R. Proctor, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
*Via CM/ECF*

Craig A. Stewart, Esq.
Ken L. Hashimoto, Esq.
Monique A. Gaylor
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Craig.Stewart@aporter.com*
*Ken.Hashimoto@aporter.com*
*Via E-Mail*

*Attorneys for Defendant David R. Cosgrove*

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
*Via CM/ECF*

Stephen L. Ascher, Esq.
Jenner & Block
919 Third Avenue
New York, NY 10022-3908
*sascher@jenner.com*
*Via E-Mail*

*Attorneys for Charles E. Becker*

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Via CM/ECF*

Richard M. Strassberg, Esq.
Jeffrey A. Simes, Esq.
Laurie L. Levin, Esq.
599 Lexington Avenue
New York, NY 10022
*rstrassberg@goodwinprocter.com*
*jsimes@goodwinprocter.com*
*llevin@goodwinprocter.com*
*Via E-Mail*

*Attorneys for Defendant Elkin B. McCallum*

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Via CM/ECF*

Jonathan J. Lerner, Esq.
Lea Haber Kuck, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
jlerner@skadden.com
lkuck@skadden.com
*Via E-Mail*

*Attorneys for Defendants Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., and Heartland Industrial Group, L.L.C.*

Michael Shapiro, Esq.
Gerald Griffin, Esq.
Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005
mshapiro@clm.com
griffin@clm.com
*Via E-Mail*

*Attorneys for Defendant John A. Galante*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*Via CM/ECF*

Gandolfo V. DiBlasi, Esq.
Stacey R. Friedman, Esq.
David E. Swarts, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 1004
diblasig@sullcrom.com
friedmans@sullcrom.com
*Via E-Mail*

*Attorneys for Defendant J. Michael Stepp*

/s/ *Albert H. Manwaring, IV*
Albert H. Manwaring, IV (Del. Bar No. 4339)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390
manwaringa@pepperlaw.com

#8879769 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | Civil Action No. 07-265-*** |

## ORDER

The Court having considered Defendant Cynthia Hess' Motion to Dismiss the Complaint and the parties' briefs and arguments thereon;

IT IS HEREBY ORDERED this ____ day of _____, 2007, that Plaintiffs' Complaint is dismissed with prejudice as to Cynthia Hess.

_____
United States District Judge

#8883627 v1