## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and     :
COLLINS & AIKMAN PRODUCTS CO., as Debtors in     :
Possession,     :

    :

                Plaintiffs,     :

    :        Civil Action No. 07-265-***

           vs.     :

    :

DAVID A. STOCKMAN, J. MICHAEL STEPP,     :
BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C.     :
BARNABA, ROBERT A. KRAUSE, JOHN A.     :
GALANTE, CHARLES E. BECKER, ELKIN B.     :
MCCALLUM, THOMAS E. EVANS, CYNTHIA     :
HESS, DANIEL P. TREDWELL, W. GERALD     :
MCCONNELL, SAMUEL VALENTI, III,     :
HEARTLAND INDUSTRIAL PARTNERS, L.P.,     :
HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C.,     :
HEARTLAND INDUSTRIAL GROUP, L.L.C.,     :
PRICEWATERHOUSECOOPERS LLP and KPMG     :
LLP,     :

    :

             Defendants.     :

    :

## DEFENDANT CYNTHIA HESS'S JOINDER IN MOTION TO TRANSFER VENUE

Defendant, Cynthia Hess, by and through undersigned counsel, hereby joins in the

Motion of Certain Defendants to Transfer Venue (D.I. 61) (the "Motion") and adopts and

incorporates the Motion and Opening Brief in Support of Certain Defendants' Motion to

Transfer Venue (D.I. 62) (the "Opening Brief"). Cynthia Hess concurs with the arguments set

forth in the Motion and Opening Brief and hereby files this Joinder in support of the Motion.

                                        */s/ Albert H. Manwaring, IV*
                                        Albert H. Manwaring, IV (No. 4339)
                                        Thomas H. Kovach (No. 3964)
                                        PEPPER HAMILTON, LLP
                                        Hercules Plaza, Suite 5100
                                        1313 Market Street, P.O. Box 1709
                                        Wilmington, DE 19899-1709
                                        (302) 777-6514; fax:  (302) 421-8390

OF COUNSEL:

STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
George S. Fish (P51298)
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; fax (248) 645-2690

*Attorneys for Defendant Cynthia Hess*

Dated:  September 21, 2007

-2-

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV, hereby certify that on this 21st of September 2007, I caused a copy of Defendant Cynthia Hess' Joinder in Motion to Transfer Venue to be served in the manner indicated upon the following counsel of record:

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Citizens Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
***Via CM/ECF***

Samuel H. Rudman, Esq.
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
*srodman@csgrr.com*
***Via E-mail***

*Attorneys for Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co.*

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
***Via CM/ECF***

Thomas G. Rafferty, Esq.
Antony L. Ryan, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
*trafferty@cravath.com*
*Aryan@cravath.com*
***Via E-mail***

*Attorneys for Defendant PriceWaterHouseCoopers LLP*

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
***Via CM/ECF***

Christopher Harris, Esq.
Seth L. Friedman, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*christopherharris@lw.com*
*sethfriedman@lw.com*
***Via E-mail***

*Attorneys for Defendant KPMG LLP*

Andrew A. Lundgren, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
***Via CM/ECF***

Richard A. Spehr
Joseph De Simone
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
*rspehr@mayerbrown.com*
*jdesmone@mayerbrown.com*
***Via E-mail***

*Attorneys for Defendant Thomas Evans*

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
***Via CM/ECF***

Carl S. Kravitz, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, DC 20036
*ckravitz@zuckerman.com*
***Via E-Mail***

*Attorneys for Defendant Paul C. Barnaba*

Thomas P. Preston, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
***Via CM/ECF***

Michael Joseph, Esq.
Joseph O. Click, Esq.
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
*joseph@blankrome.com*
*click@blankrome.com*
***Via E-Mail***

*Attorneys for Defendants Bryce M. Koth and Robert A. Krause*

Peter B. Ladig, Esq.
Stephen B. Brauerman, Esq.
The Bayard Firm, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
***Via CM/ECF***

Andrew B. Weissman, Esq.
Michele L. Taylor, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006
*Andy.weissman@wilmerhale.com*
*Michele.taylor@wilmerhale.com*
***Via E-Mail***

*Attorneys for Defendant David Stockman*

Vernon R. Proctor, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
***Via CM/ECF***

Craig A. Stewart, Esq.
Ken L. Hashimoto, Esq.
Monique A. Gaylor
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
*Craig.Stewart@aporter.com*
*Ken.Hashimoto@aporter.com*
***Via E-Mail***

*Attorneys for Defendant David R. Cosgrove*

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
***Via CM/ECF***

Stephen L. Ascher, Esq.
Jenner & Block
919 Third Avenue
New York, NY  10022-3908
*sascher@jenner.com*
***Via E-Mail***

*Attorneys for Charles E. Becker*

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
***Via CM/ECF***

Richard M. Strassberg, Esq.
Jeffrey A. Simes, Esq.
Laurie L. Levin, Esq.
599 Lexington Avenue
New York, NY  10022
*rstrassberg@goodwinprocter.com*
*jsimes@goodwinprocter.com*
*llevin@goodwinprocter.com*
***Via E-Mail***

*Attorneys for Defendant Elkin B. McCallum*

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
***Via CM/ECF***

Jonathan J. Lerner, Esq.
Lea Haber Kuck, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*jlerner@skadden.com*
*lkuck@skadden.com*
***Via E-Mail***

*Attorneys for Defendants Daniel P. Tredwell,
W. Gerald McConnell, Samuel Valenti, III,
Heartland Industrial Partners, L.P., Heartland
Industrial Associates, L.L.C., and Heartland
Industrial Group, L.L.C.*

Michael Shapiro, Esq.
Gerald Griffin, Esq.
Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005
*mshapiro@clm.com*
*griffin@clm.com*
***Via E-Mail***

*Attorneys for Defendant John A. Galante*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
***Via CM/ECF***

Gandolfo V. DiBlasi, Esq.
Stacey R. Friedman, Esq.
David E. Swarts, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 1004
*diblasig@sullcrom.com*
*friedmans@sullcrom.com*
***Via E-Mail***

*Attorneys for Defendant J. Michael Stepp*

/s/ *Albert H. Manwaring, IV*
Albert H. Manwaring, IV (Del. Bar No. 4339)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390
manwaringa@pepperlaw.com