IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and<br>COLLINS & AIKMAN PRODUCTS CO.,<br>as Debtors in Possession, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 07-265-*** |
| DAVID A. STOCKMAN, et al., | : : : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Defendant David R. Cosgrove, by his undersigned attorney, pursuant to Local Rule 83.5 and the attached certification, moves the admission *pro hac vice* of Ken L. Hashimoto, of Arnold & Porter LLP, New York, New York, on such defendant's behalf. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the fee of $25.00 is being submitted to the Clerk's Office with this motion.

PROCTOR HEYMAN LLP

/s/ Vernon R. Proctor
_____
Vernon R. Proctor (# 1019)
Email: vproctor@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Attorneys for Defendant David R. Cosgrove

OF COUNSEL:
ARNOLD & PORTER LLP
Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
399 Park Avenue
New York, NY 10022-4690
(212) 715-1147

DATED:    September 28, 2007


SO ORDERED, this _____ day of _____, 2007.


_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 09/18/2007

SIGNED: _____
Ken L. Hashimoto
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022-4690
(212) 715-1000