# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-*** |

## STIPULATION EXTENDING THE PARTIES' RESPONSE TIME

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP ("Defendants"), subject to the approval of the Court, that the date on or before which Plaintiffs shall respond to Defendants' motions to dismiss the Complaint dated September 14, 2007 or September 21, 2007 shall be extended to and includes December 4, 2007;

17471103

IT IS FURTHER STIPULATED, by and between Plaintiffs and Defendants that the date on or before which Plaintiffs or any party shall respond to certain defendants' Motion to Transfer Venue dated September 19, 2007 shall likewise be extended to and includes December 4, 2007;

IT IS FURTHER STIPULATED, by and between Plaintiffs and Defendants that Defendants' time to reply to Plaintiffs' (or any other party's) response to the above-referenced motions shall be extended to and includes January 28, 2008.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | BLANK ROME LLP |
| /s/ Carmella P. Keener | /s/ Thomas P. Preston |
| Joseph A. Rosenthal (Del. Bar No. 234) | Thomas P. Preston (Del. Bar No. 2548) |
| Carmella P. Keener (Del. Bar No. 2810) | Chase Manhattan Centre |
| 919 N. Market Street, Suite 1401 | 1201 Market Street |
| P.O. Box 1070 | Suite 800 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 656-4433 | (302) 4256478 |
| jrosenthal@rmgglaw.com | preston-t@blankrome.com |
| ckeener@rmgglaw.com | |
| Samuel H. Rudman | Michael Joseph |
| COUGHLIN STOIA GELLER | Joseph O. Click |
| RUDMAN & ROBBINS LLP | BLANK ROME LLP |
| 58 South Service Road, Suite 200 | 600 New Hampshire Avenue, NW |
| Melville, NY 11747 | Washington, DC 20037 |
| (631) 367-7100 | (202) 772-5800 |
| srudman@csgrr.com | joseph@blankrome.com |
| | click@blankrome.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Bryce M. Koth and Robert A. Krause* |

17471103

| PROCTOR HEYMAN LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| /s/ Vernon R. Proctor | /s/ Robert S. Saunders |
| Vernon R. Proctor (Del. Bar No. 1019)<br>1116 West Street<br>Wilmington, DE 19801<br>(302) 472-7300<br>vproctor@proctorheyman.com | Robert S. Saunders (Del. Bar No. 3027)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br>rsaunders@skadden.com |
| Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 715-1000 | Jonathan J. Lerner<br>Lea Haber Kuck<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-2978 |
| *Counsel for Defendant David R. Cosgrove* | *Counsel for Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group L.L.C., Daniel P. Tredwell, W. Gerald McConnell, and Samuel Valenti, III* |

17471103

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | THE BAYARD FIRM, P.A. |
| /s/ Richard L. Horwitz | /s/ Peter B. Ladig |
| Richard L. Horwitz (Del. Bar No. 2246)<br>Peter J. Walsh, Jr. (Del. Bar No. 2437)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com | Peter B. Ladig (Del. Bar No. 3513)<br>Stephen B. Brauerman (Del. Bar No. 4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>pladig@bayardfirm.com<br>sbrauerman@bayardfirm.com |
| Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | Andrew B. Weissman<br>Michele L. Taylor<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6612 |
| *Counsel for Defendant J. Michael Stepp* | *Counsel for Defendant David A. Stockman* |

17471103

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ZUCKERMAN SPAEDER LLP |
|---|---|
| /s/ Christian Douglas Wright | /s/ Thomas G. Macauley |
| Christian Douglas Wright<br>(Del. Bar No. 3554)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6691<br>cwright@ycst.com | Thomas G. Macauley (Del. Bar No. 3411)<br>919 Market Street, Suite 990<br>Wilmington, Delaware 19801<br>(302) 427-0400<br>tmacauley@zuckerman.com |
| Richard A. Spehr<br>Joseph De Simone<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500<br>rspehr@mayerbrown.com | Carl S. Kravitz<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, N.W.<br>Washington, DC 20036<br>(202) 778-1873<br>ckravitz@zuckerman.com |
| *Counsel for Defendant Thomas E. Evans* | *Counsel for Defendant Paul C. Barnaba* |

17471103

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE LLP | RICHARDS, LAYTON & FINGER, P.A. |

/s/ Michael J. Maimone  
Michael J. Maimone (Del. Bar No. 3592)  
Joseph B. Cicero (Del. Bar No. 4388)  
919 North Market Street, 15th Floor  
Wilmington, Delaware 19801  
(302) 777-7770  
Fax: (302) 777-7263  
mmaimone@eapdlaw.com  
jcicero@eapdlaw.com  

Christopher Harris  
Seth L. Friedman  
LATHAM & WATKINS LLP  
885 Third Avenue  
New York, NY 10022  
(212) 906-1200  
Fax: (212) 751-4864  
christopher.harris@lw.com  
seth.friedman@lw.com  

*Counsel for Defendant KPMG LLP*

/s/ Robert J. Stearn  
Anne C. Foster (Del. Bar No. 2513)  
Robert J. Stearn, Jr. (No. 2915)  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
(302) 651-7700  
foster@rlf.com  
stearn@rlf.com  

CRAVATH, SWAINE & MOORE LLP  
Thomas G. Rafferty  
Antony L. Ryan  
825 Eighth Avenue  
New York, NY 10019-7475  
(212) 474-1000  
Fax: (212) 474-3700  
trafferty@cravath.com  
aryan@cravath.com  

*Counsel for Defendant PricewaterhouseCoopers LLP*

17471103

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (Del. Bar No. 2067)
Chase Manhattan Centre, 18th Floor
1202 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Levin
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8859
rstrassberg@goodwinprocter.com

*Counsel for Defendant Elkin B. McCallum*

PRICKETT, JONES & ELLIOTT, P.A.

/s/ James Holzman
James Holzman
J. Clayton Athey
1310 King Street, Box 1328
Wilmington, DE 19899
Phone: (302) 888-6500
Fax: (302) 658-8111
jlholzman@prickett.com

Stephen L. Ascher
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
(212) 891-1670
Fax: (212) 891-1699
sascher@jenner.com

*Counsel for Defendant Charles E. Becker*

17471103

| CARTER LEDYARD & MILBURN LLP | PEPPER HAMILTON LLP |
|---|---|
| /s/ Michael Shapiro | /s/ Albert Manwaring |
| Michael Shapiro | Albert Manwaring, IV (Del. Bar No. 4339) |
| Gerald Griffin | Thomas H. Kovach (Del. Bar No. 3964) |
| 2 Wall Street | Hercules Plaza, Suite 5100 |
| New York, New York 10005 | P.O. Box 1709 |
| (212) 238-8676 | Wilmington, DE 19899-1709 |
| | (302) 777-6500 |
| | manwaringa@pepperlaw.com |
| *Counsel for Defendant John A. Galante* | kovacht@pepperlaw.com |

Lynn Brimer
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 205-2772
lbrimer@stroblpc.com

*Counsel for Defendant Cynthia Hess*

SO ORDERED this _____ day of _____, 2007.

_____
                                              J.