UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
COLLINS & AIKMAN CORPORATION              :
and COLLINS & AIKMAN PRODUCTS             :
CO., as Debtors in Possession,            :
                                          :
                Plaintiffs,               :
                                          :
v.                                        :        Civil Action No. 07-cv-00265-***
                                          :
DAVID A. STOCKMAN, et al                  :
                                          :
                Defendants.               :
-------------------------------------------------------------x
```

### STIPULATION TO EXTEND BRIEFING SCHEDULE
### WITH RESPECT TO DEFENDANT KPMG'S MOTION TO STAY

WHEREAS, on September 14, 2007, Defendant KPMG LLP ("KPMG") filed a motion to stay the above-captioned action in favor of arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 3 (the "Motion to Stay");

WHEREAS, on that same date, the various Defendants in this action, including KPMG, filed twelve separate motions to dismiss pursuant to Federal Rule of Civil Procedure 12;

WHEREAS, Plaintiffs have requested an extension of time to respond to these various motions;

WHEREAS, KPMG and Plaintiffs have conferred and agreed to extend Plaintiffs' time to respond to the Motion to Stay until Defendants' motions to dismiss have been adjudicated by this Court,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, as represented by the undersigned attorneys, that:

1.      Plaintiffs' time to respond to the Motion to Stay will be tolled pending resolution of Defendants' motions to dismiss.

2.      Upon resolution of all of Defendants' motions to dismiss, if KPMG's motion to dismiss is denied, then KPMG and Plaintiffs agree to confer between themselves regarding the Motion to Stay and to set a briefing schedule for submission of opposition and reply papers.

3.      This agreement does not in any way affect the parties' time to respond to any motion to dismiss filed in the above-captioned action, and does not alter or supersede any other agreement between the parties regarding same.

4.      The extension of time to respond to the Motion to Stay, as agreed to herein, is not evidence indicating a waiver, voluntary or otherwise, of KPMG's right to stay this or any other proceeding in favor of arbitration, or of any other right to seek or compel arbitration.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | EDWARDS ANGELL PALMER & DODGE LLP |
|---|---|
| */s/ Carmella P. Keener* | */s/ Joseph B. Cicero* |
| By:_____ | By:_____ |
| Joseph A. Rosenthal (#234) | Michael J. Maimone (#3592) |
| Carmella P. Keener (#2810) | Joseph B. Cicero (#4388) |
| 919 North Market Street | 919 North Market Street |
| Suite 1401 | 15th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 656-4433 | (302) 777-7770 |
| | |
| Attorneys for Plaintiffs Collins & Aikman Corp., and Collins & Aikman Products Co. | Attorneys for Defendant KPMG |

SO ORDERED, this _____ day of October 2007.


_____
United States District Judge