IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and<br>COLLINS & AIKMAN PRODUCTS CO., as<br>Debtors in Possession,<br><br>      Plaintiffs,<br><br>  v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP,<br>BRYCE M. KOTH, DAVID R. COSGROVE,<br>PAUL C. BARNABA, ROBERT A. KRAUSE,<br>JOHN A. GALANTE, CHARLES E. BECKER,<br>ELKIN B. MCCALLUM, THOMAS E. EVANS,<br>CYNTHIA HESS, DANIEL P. TREDWELL, W.<br>GERALD MCCONNELL, SAMUEL VALENTI,<br>III, HEARTLAND INDUSTRIAL PARTNERS,<br>L.P., HEARTLAND INDUSTRIAL<br>ASSOCIATES, L.L.C., HEARTLAND<br>INDUSTRIAL GROUP, L.L.C.,<br>PRICEWATERHOUSECOOPERS LLP<br>and KPMG LLP,<br><br>      Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 07-265-*** |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Joseph O. Click to represent Defendants Bryce M. Koth and Robert A. Krausse in this matter.

Dated: October 3, 2007

BLANK ROME LLP

By: _____
Thomas P. Preston, Esquire, Bar #2548
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6478
Fax:    (302) 425-6464\
*Attorneys for Defendants*
*Bryce M. Koth and Robert A. Krause*

124215.00603/40171249v.1

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 3rd day of October, 2007, a copy of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served on the following counsel:

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Samuel H. Rudman<br>Lerach Coughlin Stoia Geller Rudman &<br>  Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| **BY ELECTRONIC SERVICE**<br><br>Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | **BY FIRST-CLASS MAIL**<br><br>Jonathan J. Lerner<br>Lea Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| **BY ELECTRONIC SERVICE**<br><br>Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE**<br><br>Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475 |

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Christian Douglas Wright<br>Andrew Auchincloss Lundgren<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Richard A. Spehr<br>Joseph DeSimone<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| **BY ELECTRONIC SERVICE**<br><br>Thomas G. Macauley<br>Elizabeth Dianne Power<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19801 | **BY FIRST-CLASS MAIL**<br><br>Carl S. Kravits<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036 |
| **BY ELECTRONIC SERVICE**<br><br>Peter B. Ladig<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | **BY FIRST-CLASS MAIL**<br><br>Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 |
| **BY ELECTRONIC SERVICE**<br><br>Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6TH Fl.<br>Wilmington, DE 19899-0951 | **BY FIRST-CLASS MAIL**<br><br>Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |

124215.00603/40171249v.1

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Vernon R. Proctor<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801 | Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE**<br><br>James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street.<br>P.O. Box 1328<br>Wilmington, DE 19899 | **BY ELECTRONIC SERVICE**<br><br>Anton Valukas<br>Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603 |
| **BY ELECTRONIC SERVICE**<br><br>Kenneth J. Nachbar<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899 | **BY FIRST-CLASS MAIL**<br><br>Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Levin<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE**<br><br>Albert H. Manwaring, IV<br>Pepper Hamilton LLP<br>1313 Market St., Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | **BY FIRST-CLASS MAIL**<br><br>Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |
| **BY FIRST-CLASS MAIL**<br><br>Andrew Goldman<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | |

124215.00603/40171249v.1

| BY FIRST-CLASS MAIL | BY FIRST-CLASS MAIL |
|---|---|
| Laura Neish<br>Zuckerman Spaeder LLP<br>1540 Broadway<br>Suite 1604<br>New York, NY 10036 | Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037 |
| **BY FIRST-CLASS MAIL**<br><br>Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | **BY FIRST-CLASS MAIL**<br><br>Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL**<br><br>Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908 | **BY FIRST-CLASS MAIL**<br><br>Richard A. Spehr<br>Joseph De Simone<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

　　　　　　　　　　　　　　　　　　／s／ Thomas P. Preston
　　　　　　　　　　　　　　　　　　Thomas P. Preston
　　　　　　　　　　　　　　　　　　I.D. No. 2548

4

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: October 1, 2007      Signed: _____
                           Joseph O. Click
                           BLANK ROME LLP
                           Watergate
                           600 New Hampshire Avenue, N.W.
                           Washington, DC 20037
                           Telephone: 202-772-5800
                           Fax:       202-772-5858

124215.00603/40171249v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§s<br><br>C.A. No. 07-265-*** |

## PROPOSED ORDER

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Joseph O. Click is GRANTED.

Date: _____          _____
                                                    United States District Judge

124215.00603/40171249v.1