IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, et al.,<br><br>Defendant. | Civil Action No. 07-cv-00265 |

MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
(Christopher R. Harris)

Pursuant to D. Del. L. R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Christopher R. Harris of the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 to represent defendant KPMG LLP in this action.

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Joseph B. Cicero*
Michael J. Maimone (I.D. No. 3592)
Joseph B. Cicero (I.D. No. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
Dated: October 10, 2007    302.777.7263 (fax)

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* for Christopher R. Harris is GRANTED.

Dated: _____

United States District Judge

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and of the State of California; pursuant to Local Rule 83.6 I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

                                                     */s/ C. Harris*

Christopher R. Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1880
Facsimile: (212) 751-4864

CERTIFICATE OF SERVICE

       I, Joseph B. Cicero, hereby certify that on October 10, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 |
| Peter B. Ladig<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Thomas P. Preston<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 |
| James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>P.O. Box 1028<br>Wilmington, DE 19899 |
| Vernon R. Proctor<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801 | Robert S. Saunders<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19801 |
| Christian Douglas Wright<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, Hercules Plaza, 6th Fl<br>Wilmington, DE 19899-0951 |
| Kenneth J. Nachbar<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 | Albert H. Manwaring, IV<br>Pepper Hamilton LLP<br>1313 Market St. Suite 5100, P.O. Box 1709<br>Wilmington, DE 19899-1709 |

                                                                       */s/ Joseph B. Cicero*
                                                             Joseph B. Cicero (I.D. No. 4388)