IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DAVID A. STOCKMAN, et al.,<br><br>　　　　　Defendant. | Civil Action No. 07-cv-00265 |

MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
(Peter W. Devereaux)

　　　Pursuant to D. Del. L. R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Peter W. Devereaux of the law firm of Latham & Watkins LLP, 633 W. Fifth Street, Los Angeles, CA 90071-2007 to represent defendant KPMG LLP in this action.

　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP


　　　　　　　　　　　　　　　　　　/s/ Joseph B. Cicero
　　　　　　　　　　　　　　　　　Michael J. Maimone (I.D. No. 3592)
　　　　　　　　　　　　　　　　　Joseph B. Cicero (I.D. No. 4388)
　　　　　　　　　　　　　　　　　919 N. Market Street, 15th Floor
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　302.777.7770
Dated: October 10, 2007　　　　　302.777.7263 (fax)


ORDER GRANTING MOTION

　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* for Peter W. Devereaux is GRANTED.


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATION**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California; pursuant to Local Rule 83.6 I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

Peter W. Devereaux
LATHAM & WATKINS LLP
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 891-8622
Facsimile: (213) 891-8763

CERTIFICATE OF SERVICE

       I, Joseph B. Cicero, hereby certify that on October 10, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 |
| Peter B. Ladig<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Thomas P. Preston<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 |
| James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>P.O. Box 1028<br>Wilmington, DE 19899 |
| Vernon R. Proctor<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801 | Robert S. Saunders<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19801 |
| Christian Douglas Wright<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, Hercules Plaza, 6th Fl<br>Wilmington, DE 19899-0951 |
| Kenneth J. Nachbar<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 | Albert H. Manwaring, IV<br>Pepper Hamilton LLP<br>1313 Market St. Suite 5100, P.O. Box 1709<br>Wilmington, DE 19899-1709 |

                                            /s/ *Joseph B. Cicero*
                                       Joseph B. Cicero (I.D. No. 4388)

510947_1.DOC