IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION ) <br> and COLLINS & AIKMAN PRODUCTS ) <br> CO., as Debtors in Possession, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DAVID A. STOCKMAN, J. MICHAEL ) <br> STEPP, BRYCE M. KOTH, DAVID R. ) <br> COSGROVE, PAUL C. BARNABA, ) <br> ROBERT A. KRAUSE, JOHN A. ) <br> GALANTE, CHARLES E. BECKER, ) <br> ELKIN B. MCCALLUM, THOMAS E. ) <br> EVANS, CYNTHIA HESS, DANIEL P. ) <br> TREDWELL, W. GERALD ) <br> MCCONNELL, SAMUEL VALENTI, III, ) <br> HEARTLAND INDUSTRIAL PARTNERS,) <br> L.P., HEARTLAND INDUSTRIAL ) <br> ASSOCIATES, L.L.C., HEARTLAND ) <br> INDUSTRIAL GROUP, L.L.C., ) <br> PRICEWATERHOUSECOOPERS LLP and) <br> KPMG LLP, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-265-*** |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice of* Samuel H. Rudman and David A. Rosenfeld of Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Suite 200, Melville, New York 11747, to represent plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. in this matter.

DATED: October 17, 2007    ROSENTHAL, MONHAIT & GODDESS, P.A.

    */s/ Carmella P. Keener*
Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

*Delaware Attorneys for Plaintiffs*

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
(619) 231-1058

*Special Counsel for Collins & Aikman Corporation, et al.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION ) <br> and COLLINS & AIKMAN PRODUCTS ) <br> CO., as Debtors in Possession, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID A. STOCKMAN, J. MICHAEL ) <br> STEPP, BRYCE M. KOTH, DAVID R. ) <br> COSGROVE, PAUL C. BARNABA, ) <br> ROBERT A. KRAUSE, JOHN A. ) <br> GALANTE, CHARLES E. BECKER, ) <br> ELKIN B. MCCALLUM, THOMAS E. ) <br> EVANS, CYNTHIA HESS, DANIEL P. ) <br> TREDWELL, W. GERALD ) <br> MCCONNELL, SAMUEL VALENTI, III, ) <br> HEARTLAND INDUSTRIAL PARTNERS,) <br> L.P., HEARTLAND INDUSTRIAL ) <br> ASSOCIATES, L.L.C., HEARTLAND ) <br> INDUSTRIAL GROUP, L.L.C., ) <br> PRICEWATERHOUSECOOPERS LLP and) <br> KPMG LLP, ) <br> ) <br> Defendants. ) | Civil Action No. 07-265-\*\*\* |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 10/11/07

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631)367-7100

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION<br>and COLLINS & AIKMAN PRODUCTS<br>CO., as Debtors in Possession,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID A. STOCKMAN, J. MICHAEL<br>STEPP, BRYCE M. KOTH, DAVID R.<br>COSGROVE, PAUL C. BARNABA,<br>ROBERT A. KRAUSE, JOHN A.<br>GALANTE, CHARLES E. BECKER,<br>ELKIN B. MCCALLUM, THOMAS E.<br>EVANS, CYNTHIA HESS, DANIEL P.<br>TREDWELL, W. GERALD<br>MCCONNELL, SAMUEL VALENTI, III,<br>HEARTLAND INDUSTRIAL PARTNERS,<br>L.P., HEARTLAND INDUSTRIAL<br>ASSOCIATES, L.L.C., HEARTLAND<br>INDUSTRIAL GROUP, L.L.C.,<br>PRICEWATERHOUSECOOPERS LLP and<br>KPMG LLP,<br><br>　　　　　　　Defendants. | Civil Action No. 07-265-*** |

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 10/11/07

David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

## **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, hereby certify that on October 17th, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Thomas P. Preston
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801

Robert S. Saunders
Skadden Arps Slate Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Richard L. Horwitz
Peter J. Walsh, Jr.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Peter B. Ladig
Stephen B. Brauerman
The Bayard Firm, P.A.
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Christian Douglas Wright
Young Conaway Stargatt
 & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Michael J. Maimone
Joseph B. Cicero
Edwards Angell Palmer
 & Dodge LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

Anne C. Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Kenneth J. Nachbar
Morris, Nichols, Arsht
 & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

James Holzman
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE 19899

| | |
|---|---|
| Michael Shapiro | Albert Manwaring, IV |
| Gerald Griffin | Thomas H. Kovach |
| Carter Ledyard & Milburn LLP | Pepper Hamilton LLP |
| 2 Wall Street | Hercules Plaza, Suite 5100 |
| New York, NY  10005 | P.O. Box 1709 |
| | Wilmington, DE  19899-1709 |

                    /s/ Carmella P. Keener
Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

*Delaware Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION )<br>and COLLINS & AIKMAN PRODUCTS )<br>CO., as Debtors in Possession, )<br>) <br>     Plaintiffs, )<br>)<br> v. )<br>)<br>DAVID A. STOCKMAN, J. MICHAEL )<br>STEPP, BRYCE M. KOTH, DAVID R. )<br>COSGROVE, PAUL C. BARNABA, )<br>ROBERT A. KRAUSE, JOHN A. )<br>GALANTE, CHARLES E. BECKER, )<br>ELKIN B. MCCALLUM, THOMAS E. )<br>EVANS, CYNTHIA HESS, DANIEL P. )<br>TREDWELL, W. GERALD )<br>MCCONNELL, SAMUEL VALENTI, III, )<br>HEARTLAND INDUSTRIAL PARTNERS,)<br>L.P., HEARTLAND INDUSTRIAL )<br>ASSOCIATES, L.L.C., HEARTLAND )<br>INDUSTRIAL GROUP, L.L.C., )<br>PRICEWATERHOUSECOOPERS LLP and)<br>KPMG LLP, )<br>     Defendants. )<br>) | Civil Action No. 07-265-*** |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Samuel H. Rudman and David A. Rosenfeld is granted.

Date: _____       _____
                               U.S.D.J.