IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, : : : : Plaintiffs, : : v. : : DAVID A STOCKMAN, et al., : : Defendants. : | C. A. No. 07-265-*** |

### ORDER

At Wilmington this **24th** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **March 5, 2008 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE