## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and COLLINS )
& AIKMAN PRODUCTS CO., as Debtors in Possession, )
  )
     Plaintiffs, )
  )
  v. )
  )
DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE )
M. KOTH, DAVID R. COSGROVE, PAUL C. )
BARNABA, ROBERT A. KRAUSE, JOHN A. )
GALANTE, CHARLES E. BECKER, ELKIN B. )
MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, )
DANIEL P. TREDWELL, W. GERALD MCCONNELL, )
SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL )
PARTNERS, L.P., HEARTLAND INDUSTRIAL )
ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL )
GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP )
and KPMG LLP, )
     Defendants. )

C.A. No. 07-265-***

## AMENDED STIPULATION EXTENDING THE PARTIES' RESPONSE TIME

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP ("Defendants"), subject to the approval of the Court, that the date on or before which Plaintiffs shall respond to Defendants' motions to dismiss the Complaint dated September 14, 2007 and September 21, 2007 shall be extended to and including January 4, 2008;

IT IS FURTHER STIPULATED, by and between Plaintiffs and Defendants that the date on or before which Plaintiffs or any party shall respond to certain defendants' Motion to Transfer Venue dated September 19, 2007 shall likewise be extended to and including January 4, 2008; and

IT IS FURTHER STIPULATED, by and between Plaintiffs and Defendants that Defendants' time to reply to Plaintiffs' (or any other party's) response to the above-referenced motions shall be extended to and including February 28, 2008.

DATED: November 15, 2007

ROSENTHAL, MONHAIT
& GODDESS, P.A.

BLANK ROME LLP

/s/ *Carmella P. Keener*

Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

/s/ *Thomas P. Preston*

Thomas P. Preston (Del. Bar No. 2548)
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 4256478
preston-t@blankrome.com

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@csgrr.com
drosenfeld@csgrr.com

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com

*Counsel for Plaintiffs*

*Counsel for Defendants Bryce M. Koth and
Robert A. Krause*

2

PROCTOR HEYMAN LLP

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

*/s/ Vernon R. Proctor*

Vernon R. Proctor (Del. Bar No. 1019)
1116 West Street
Wilmington, DE 19801
(302) 472-7300
vproctor@proctorheyman.com

*/s/ Robert S. Saunders*

Robert S. Saunders (Del. Bar No. 3027)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
rsaunder@skadden.com

Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

Jonathan J. Lerner
Lea Haber Kuck
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-2978

*Counsel for Defendant David R. Cosgrove*

*Counsel for Defendants Heartland Industrial
Partners, L.P., Heartland Industrial
Associates, L.L.C., Heartland Industrial Group
L.L.C., Daniel P. Tredwell, W. Gerald
McConnell, and Samuel Valenti, III*

3

POTTER ANDERSON & CORROON LLP

THE BAYARD FIRM, P.A.

/s/ *Richard L. Horwitz*

Richard L. Horwitz (Del. Bar No. 2246)
Peter J. Walsh, Jr. (Del. Bar No. 2437)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Defendant J. Michael Stepp*

/s/ *Peter B. Ladig*

Peter B. Ladig (Del. Bar No. 3513)
Stephen B. Brauerman (Del. Bar No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
pladig@bayardfirm.com
sbrauerman@bayardfirm.com

Andrew B. Weissman
Michele L. Taylor
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6612

*Counsel for Defendant David A. Stockman*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

ZUCKERMAN SPAEDER LLP

*/s/ Christian Douglas Wright*

Christian Douglas Wright
(Del. Bar No. 3554)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
cwright@ycst.com

*/s/ Thomas G. Macauley*

Thomas G. Macauley (Del. Bar No. 3411)
919 Market Street, Suite 990
Wilmington, Delaware 19801
(302) 427-0400
tmacauley@zuckerman.com

Richard A. Spehr
Joseph De Simone
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
rspehr@mayerbrown.com

Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1873
ckravitz@zuckerman.com

*Counsel for Defendant Thomas E. Evans*

*Counsel for Defendant Paul C. Barnaba*

5

EDWARDS ANGELL PALMER &
DODGE LLP

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Michael J. Maimone*

Michael J. Maimone (Del. Bar No. 3592)
Joseph B. Cicero (Del. Bar No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
(302) 777-7770
Fax: (302) 777-7263
mmaimone@eapdlaw.com
jcicero@eapdlaw.com

Christopher Harris
Seth L. Friedman
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
seth.friedman@lw.com

*Counsel for Defendant KPMG LLP*

*/s/ Anne C. Foster*

Anne C. Foster (Del. Bar No. 2513)
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
foster@rlf.com
stearn@rlf.com

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

*Counsel for Defendant
PricewaterhouseCoopers LLP*

6

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

PRICKETT, JONES & ELLIOTT, P.A.

/s/ *Kenneth J. Nachbar*

Kenneth J. Nachbar (Del. Bar No. 2067)
Chase Manhattan Centre, 18th Floor
1202 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com

/s/ *J. Clayton Athey*

James L. Holzman (Del. Bar No. 663)
J. Clayton Athey (Del. Bar No. 4378)
1310 King Street, Box 1328
Wilmington, DE 19899
Phone: (302) 888-6500
Fax: (302) 658-8111
jlholzman@prickett.com
jcathey@prickett.com

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Levin
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8859
rstrassberg@goodwinprocter.com

Stephen L. Ascher
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
(212) 891-1670
Fax: (212) 891-1699
sascher@jenner.com

*Counsel for Defendant Elkin B. McCallum*

*Counsel for Defendant Charles E. Becker*

CARTER LEDYARD & MILBURN LLP          PEPPER HAMILTON LLP

/s/ *Michael Shapiro*                                /s/ *Albert H. Manwaring, IV*
Michael Shapiro                                        Albert H. Manwaring, IV (Del. Bar No. 4339)
Gerald Griffin                                            Thomas H. Kovach (Del. Bar No. 3964)
2 Wall Street                                            Hercules Plaza, Suite 5100
New York, New York 10005                      P.O. Box 1709
(212) 238-8676                                         Wilmington, DE 19899-1709
                                                               (302) 777-6500
                                                               manwaringa@pepperlaw.com
*Counsel for Defendant John A. Galante*      kovacht@pepperlaw.com

                                                               Lynn Brimer
                                                               STROBL & SHARP, P.C.
                                                               300 East Long Lake Road, Suite 200
                                                               Bloomfield Hills, MI 48304-2376
                                                               (248) 205-2772
                                                               lbrimer@stroblpc.com

                                                               *Counsel for Defendant Cynthia Hess*


SO ORDERED this _____ day of _____, 2007.


_____
                                          J.

8