UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>    Defendants. | Case No. 07cv265-*** |

## CORPORATE DISCLOSURE STATEMENT

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendants Heartland Industrial Associates, L.L.C. and Heartland Industrial Group, L.L.C. (together "Heartland"), by their counsel, hereby file the following Corporate Disclosure Statement:

No parent corporation or publicly held corporation owns 10% or more of Heartland's stock.

Dated: November 16, 2007

/s/ Robert S. Saunders
Robert S. Saunders (I.D. No. 3027)
Ronald N. Brown, III (I.D. No. 4831)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
Rob.Saunders@skadden.com

Attorneys for Heartland Industrial Associates, L.L.C. and Heartland Industrial Group, L.L.C.

OF COUNSEL:
Jonathan J. Lerner
Lea Haber Kuck
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel.:  (212) 735-3000
Fax:  (212) 735-2000

647645-New York Server 6A - MSW