**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,

Plaintiffs,

v.

DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,

Defendants.

C.A. No. 07-265-***

**STIPULATION EXTENDING THE PARTIES' RESPONSE TIME AND PROVIDING A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP ("Defendants"), subject to the approval of the Court, that Plaintiffs shall file an Amended Complaint by no later than January 28, 2008 and are not required to respond to Defendants' motions to dismiss and transfer venue at this time;

IT IS FURTHER STIPULATED, by and between Plaintiffs and Defendants that each Defendant shall have forty-five (45) days from the filing of the Amended Complaint to move to dismiss or otherwise respond to the Amended Complaint; if Defendants file motion(s) to dismiss, Plaintiffs shall have forty-five (45) days from its service to file an opposition; and each Defendant shall have thirty (30) days from service of the opposition to reply; and

IT IS FURTHER STIPULATED, that the date on or before which Plaintiffs or any party shall respond to certain Defendants' motion to transfer venue shall be extended until forty-five (45) days after the filing of Defendants' answer or motion to dismiss, provided that the passage of time based on this and the previous scheduling agreement requested by Plaintiffs shall not be argued by Plaintiffs as any basis to deny transfer.

DATED: December 28, 2007

ROSENTHAL, MONHAIT& GODDESS, P.A.

/s/ Carmella P. Keener
Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@csgrr.com
drosenfeld@csgrr.com

*Counsel for Plaintiffs*

BLANK ROME LLP

/s/ Thomas P. Preston
Thomas P. Preston (Del. Bar No. 2548)
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 4256478
preston-t@blankrome.com

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com

*Counsel for Defendants Bryce M. Koth and Robert A. Krause*

PROCTOR HEYMAN LLP

/s/ Vernon R. Proctor

Vernon R. Proctor (Del. Bar No. 1019)
1116 West Street
Wilmington, DE 19801
(302) 472-7300
vproctor@proctorheyman.com

Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Counsel for Defendant David R. Cosgrove*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Robert S. Saunders

Robert S. Saunders (Del. Bar No. 3027)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
rsaunder@skadden.com

Jonathan J. Lerner
Lea Haber Kuck
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-2978

*Counsel for Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group L.L.C., Daniel P. Tredwell, W. Gerald McConnell, and Samuel Valenti, III*

POTTER ANDERSON & CORROON LLP

/s/ Peter J. Walsh, Jr.
Richard L. Horwitz (Del. Bar No. 2246)
Peter J. Walsh, Jr. (Del. Bar No. 2437)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
*Counsel for Defendant J. Michael Stepp*

THE BAYARD FIRM, P.A.

/s/ Peter B. Ladig
Peter B. Ladig (Del. Bar No. 3513)
Stephen B. Brauerman (Del. Bar No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
pladig@bayardfirm.com
sbrauerman@bayardfirm.com

Andrew B. Weissman
Michele L. Taylor
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6612
*Counsel for Defendant David A. Stockman*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Christian Douglas Wright

Christian Douglas Wright
(Del. Bar No. 3554)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
cwright@ycst.com

Richard A. Spehr
Joseph De Simone
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
(212) 506-2500
rspehr@mayerbrown.com

*Counsel for Defendant Thomas E. Evans*

ZUCKERMAN SPAEDER LLP

/s/ Thomas G. Macauley

Thomas G. Macauley (Del. Bar No. 3411)
919 Market Street, Suite 990
Wilmington, Delaware 19801
(302) 427-0400
tmacauley@zuckerman.com

Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1873
ckravitz@zuckerman.com

*Counsel for Defendant Paul C. Barnaba*

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Michael J. Maimone

Michael J. Maimone (Del. Bar No. 3592)
Joseph B. Cicero (Del. Bar No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
(302) 777-7770
Fax: (302) 777-7263
mmaimone@eapdlaw.com
jcicero@eapdlaw.com

Christopher Harris
Seth L. Friedman
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
seth.friedman@lw.com
*Counsel for Defendant KPMG LLP*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Robert J. Stearn, Jr.

Anne C. Foster (Del. Bar No. 2513)
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
foster@rlf.com
stearn@rlf.com

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com
*Counsel for Defendant PricewaterhouseCoopers LLP*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Kenneth J. Nachbar

Kenneth J. Nachbar (Del. Bar No. 2067)
Chase Manhattan Centre, 18th Floor
1202 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Levin
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8859
rstrassberg@goodwinprocter.com

*Counsel for Defendant Elkin B. McCallum*

PRICKETT, JONES & ELLIOTT, P.A.

/s/ James L. Holzman

James L. Holzman (Del. Bar No. 663)
J. Clayton Athey (Del. Bar No. 4378)
1310 King Street, Box 1328
Wilmington, DE 19899
Phone: (302) 888-6500
Fax: (302) 658-8111
jlholzman@prickett.com
jcathey@prickett.com

Stephen L. Ascher
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
(212) 891-1670
Fax: (212) 891-1699
sascher@jenner.com

*Counsel for Defendant Charles E. Becker*

CARTER LEDYARD & MILBURN LLP

/s/ Michael Shapiro
Michael Shapiro
Gerald Griffin
2 Wall Street
New York, New York 10005
(212) 238-8676

*Counsel for Defendant John A. Galante*

PEPPER HAMILTON LLP

/s/ Albert Manwaring
Albert Manwaring, IV (Del. Bar No. 4339)
Thomas H. Kovach (Del. Bar No. 3964)
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
manwaringa@pepperlaw.com
kovacht@pepperlaw.com

Lynn Brimer
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 205-2772
lbrimer@stroblpc.com

*Counsel for Defendant Cynthia Hess*

SO ORDERED this _____ day of _________, ______.

______________________________
J.



17471103