IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, : : : : : Plaintiffs, : : v. : : DAVID A STOCKMAN, et al., : : Defendants. : | C. A. No. 07-265-SLR/LPS |

## ORDER

At Wilmington this **20th** day of **February, 2008**.

IT IS ORDERED that the teleconference scheduled for March 5, 2008 at 8:30 a.m. with Magistrate Judge Thynge to discuss the status of the case is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                          /s/ Mary Pat Thynge
                                          UNITED STATES MAGISTRATE JUDGE