# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-265-SLR-LPS<br>)<br>)<br>)<br>) |

## STIPULATION EXTENDING DEFENDANTS' RESPONSE TIME

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP ("Defendants"), subject to the approval of the Court, that the date on or before which Defendants shall answer, move, or otherwise respond to Plaintiffs' First Amended Complaint dated January 28, 2008 shall be extended to and includes April 14, 2008.

| | |
|---|---|
| ROSENTHAL, MONHAIT<br>& GODDESS, P.A. | BLANK ROME LLP |
| /s/ Carmella P. Keener | /s/ Thomas P. Preston |
| Joseph A. Rosenthal (Del. Bar No. 234)<br>Carmella P. Keener (Del. Bar No. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br>ckeener@rmgglaw.com | Thomas P. Preston (Del. Bar No. 2548)<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 4256478<br>preston-t@blankrome.com |
| Samuel H. Rudman<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>srudman@csgrr.com | Michael Joseph<br>Joseph O. Click<br>BLANK ROME LLP<br>600 New Hampshire Avenue, NW<br>Washington, DC 20037<br>(202) 772-5800<br>joseph@blankrome.com<br>click@blankrome.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Bryce M. Koth and Robert A. Krause* |

2

| | |
|---|---|
| PROCTOR HEYMAN LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| /s/ Vernon R. Proctor | /s/ Robert S. Saunders |
| Vernon R. Proctor (Del. Bar No. 1019)<br>1116 West Street<br>Wilmington, DE 19801<br>(302) 472-7300<br>vproctor@proctorheyman.com | Robert S. Saunders (Del. Bar No. 3027)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br>rsaunder@skadden.com |
| Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 715-1000 | Jonathan J. Lerner<br>Lea Haber Kuck<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-2978 |
| *Counsel for Defendant David R. Cosgrove* | *Counsel for Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group L.L.C., Daniel P. Tredwell, W. Gerald McConnell, and Samuel Valenti, III* |

| POTTER ANDERSON & CORROON LLP | THE BAYARD FIRM, P.A. |
|---|---|
| /s/ Richard L. Horwitz | /s/ Peter B. Ladig |
| Richard L. Horwitz (Del. Bar No. 2246)<br>Peter J. Walsh, Jr. (Del. Bar No. 2437)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com | Peter B. Ladig (Del. Bar No. 3513)<br>Stephen B. Brauerman (Del. Bar No. 4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>pladig@bayardfirm.com<br>sbrauerman@bayardfirm.com |
| Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | Andrew B. Weissman<br>Michele L. Taylor<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6612 |
| *Counsel for Defendant J. Michael Stepp* | *Counsel for Defendant David A. Stockman* |

4

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ZUCKERMAN SPAEDER LLP |
| /s/ Christian Douglas Wright | /s/ Thomas G. Macauley |
| Christian Douglas Wright<br>(Del. Bar No. 3554)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6691<br>cwright@ycst.com | Thomas G. Macauley (Del. Bar No. 3411)<br>919 Market Street, Suite 990<br>Wilmington, Delaware 19801<br>(302) 427-0400<br>tmacauley@zuckerman.com |
| Richard A. Spehr<br>Joseph De Simone<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500<br>rspehr@mayerbrown.com | Carl S. Kravitz<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, N.W.<br>Washington, DC 20036<br>(202) 778-1873<br>ckravitz@zuckerman.com |
| *Counsel for Defendant Thomas E. Evans* | *Counsel for Defendant Paul C. Barnaba* |

| EDWARDS ANGELL PALMER & DODGE LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Michael J. Maimone | /s/ Robert J. Stearn, Jr. |
| Michael J. Maimone (Del. Bar No. 3592)<br>Joseph B. Cicero (Del. Bar No. 4388)<br>919 North Market Street, 15th Floor<br>Wilmington, Delaware 19801<br>(302) 777-7770<br>Fax: (302) 777-7263<br>mmaimone@eapdlaw.com<br>jcicero@eapdlaw.com | Anne C. Foster (Del. Bar No. 2513)<br>Robert J. Stearn, Jr. (No. 2915)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>foster@rlf.com<br>stearn@rlf.com |
| Christopher Harris<br>Seth L. Friedman<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>Fax: (212) 751-4864<br>christopher.harris@lw.com<br>seth.friedman@lw.com | CRAVATH, SWAINE & MOORE LLP<br>Thomas G. Rafferty<br>Antony L. Ryan<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>(212) 474-1000<br>Fax: (212) 474-3700<br>trafferty@cravath.com<br>aryan@cravath.com |
| *Counsel for Defendant KPMG LLP* | *Counsel for Defendant PricewaterhouseCoopers LLP* |

DB02:6632833.1                                                                                                                          066380.1001

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PRICKETT, JONES & ELLIOTT, P.A. |
| /s/ Kenneth J. Nachbar | /s/ James Holzman |
| Kenneth J. Nachbar (Del. Bar No. 2067)<br>Chase Manhattan Centre, 18th Floor<br>1202 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>knachbar@mnat.com | James L. Holzman (Del. Bar No. 663)<br>J. Clayton Athey (Del. Bar No. 4378)<br>1310 King Street, Box 1328<br>Wilmington, DE 19899<br>Phone: (302) 888-6500<br>Fax: (302) 658-8111<br>jlholzman@prickett.com<br>jcathey@prickett.com |
| Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Levin<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8859<br>rstrassberg@goodwinprocter.com | Stephen L. Ascher<br>JENNER & BLOCK<br>919 Third Avenue<br>New York, NY 10022-3908<br>(212) 891-1670<br>Fax: (212) 891-1699<br>sascher@jenner.com |
| *Counsel for Defendant Elkin B. McCallum* | *Counsel for Defendant Charles E. Becker* |

| CARTER LEDYARD & MILBURN LLP | PEPPER HAMILTON LLP |
|---|---|
| /s/ Michael Shapiro | /s/ Albert Manwaring |
| Michael Shapiro | Albert Manwaring, IV (Del. Bar No. 4339) |
| Gerald Griffin | Hercules Plaza, Suite 5100 |
| 2 Wall Street | P.O. Box 1709 |
| New York, New York 10005 | Wilmington, DE 19899-1709 |
| (212) 238-8676 | (302) 777-6500 |
| | manwaringa@pepperlaw.com |
| | kovacht@pepperlaw.com |
| *Counsel for Defendant John A. Galante* | |

Lynn Brimer
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 205-2772
lbrimer@stroblpc.com

*Counsel for Defendant Cynthia Hess*

SO ORDERED this _____ day of _____, 2008.

_____
J.