IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and :
COLLINS & AIKMAN PRODUCTS CO., :
as Debtors in Possession, :
                                    :
               Plaintiffs, :
                                    :
               v. :      C.A. No. 07-265- SLR
                                    :
DAVID A. STOCKMAN, et al., :
                                    :
             Defendants. :

## STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III, Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C., PricewaterhouseCoopers LLP and KMPG LLP ("Defendants"), subject to the approval of the Court, that the date by which Defendants shall answer, move, or otherwise respond to Plaintiffs' First Amended Complaint dated January 28, 2008 shall be extended to and including April 28, 2008.

ROSENTHAL, MONHAIT
& GODDESS, P.A.

BLANK ROME LLP

/s/ Carmella P. Keener

Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

/s/ Thomas P. Preston

Thomas P. Preston (Del. Bar No. 2548)
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 4256478
preston-t@blankrome.com


Samuel H. Rudman
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@csgrr.com

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com


*Counsel for Plaintiffs*

*Counsel for Defendants Bryce M. Koth and
Robert A. Krause*

PROCTOR HEYMAN LLP

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

/s/ Vernon R. Proctor

Vernon R. Proctor (Del. Bar No. 1019)
1116 West Street
Wilmington, DE 19801
(302) 472-7300
vproctor@proctorheyman.com

/s/ Robert S. Saunders

Robert S. Saunders (Del. Bar No. 3027)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
rsaunder@skadden.com

Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

Jonathan J. Lerner
Lea Haber Kuck
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-2978

*Counsel for Defendant David R. Cosgrove*

*Counsel for Defendants Heartland Industrial
Partners, L.P., Heartland Industrial
Associates, L.L.C., Heartland Industrial Group
L.L.C., Daniel P. Tredwell, W. Gerald
McConnell, and Samuel Valenti, III*

3

POTTER ANDERSON & CORROON LLP          BAYARD, P.A.


/s/ Richard L. Horwitz                                    /s/ Peter B. Ladig
Richard L. Horwitz (Del. Bar No. 2246)          Peter B. Ladig (Del. Bar No. 3513)
Peter J. Walsh, Jr. (Del. Bar No. 2437)          Stephen B. Brauerman (Del. Bar No. 4952)
Hercules Plaza, 6th Floor                               222 Delaware Avenue, Suite 900
1313 N. Market Street                                   P.O. Box 25130
Wilmington, Delaware 19801                         Wilmington, DE 19899-5130
(302) 984-6000                                            (302) 655-5000
rhorwitz@potteranderson.com                       pladig@bayardfirm.com
pwalsh@potteranderson.com                         sbrauerman@bayardfirm.com


Gandolfo V. DiBlasi                                      Andrew B. Weissman
Stacey R. Friedman                                       Michele L. Taylor
David E. Swarts                                           WILMER CUTLER PICKERING HALE
SULLIVAN & CROMWELL LLP                     AND DORR LLP
125 Broad Street                                          1875 Pennsylvania Avenue, NW
New York, New York  10004                         Washington, DC  20006
(212) 558-4000                                            (202) 663-6612

*Counsel for Defendant J. Michael Stepp*          *Counsel for Defendant David A. Stockman*

YOUNG CONAWAY STARGATT &                ZUCKERMAN SPAEDER LLP
   TAYLOR, LLP


/s/ Christian Douglas Wright              /s/ Thomas G. Macauley
Christian Douglas Wright                  Thomas G. Macauley (Del. Bar No. 3411)
(Del. Bar No. 3554)                       919 Market Street, Suite 990
1000 West Street, 17th Floor              Wilmington, Delaware  19801
P.O. Box 391                              (302) 427-0400
Wilmington, DE  19899-0391                tmacauley@zuckerman.com
(302) 571-6691
cwright@ycst.com


Richard A. Spehr                          Carl S. Kravitz
Joseph De Simone                          ZUCKERMAN SPAEDER LLP
MAYER BROWN LLP                           1800 M Street, N.W.
1675 Broadway                             Washington, DC  20036
New York, NY  10019-5820                  (202) 778-1873
(212) 506-2500                            ckravitz@zuckerman.com
rspehr@mayerbrown.com


*Counsel for Defendant Thomas E. Evans*     *Counsel for Defendant Paul C. Barnaba*

EDWARDS ANGELL PALMER &
  DODGE LLP

RICHARDS, LAYTON & FINGER, P.A.

/s/ Michael J. Maimone
_____
Michael J. Maimone (Del. Bar No. 3592)
Joseph B. Cicero (Del. Bar No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
(302) 777-7770
Fax: (302) 777-7263
mmaimone@eapdlaw.com
jcicero@eapdlaw.com


Christopher Harris
Seth L. Friedman
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
seth.friedman@lw.com

*Counsel for Defendant KPMG LLP*

/s/ Robert J. Stearn, Jr.
_____
Anne C. Foster (Del. Bar No. 2513)
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
(302) 651-7700
foster@rlf.com
stearn@rlf.com


CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY  10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

*Counsel for Defendant
PricewaterhouseCoopers LLP*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

PRICKETT, JONES & ELLIOTT, P.A.

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (Del. Bar No. 2067)
Chase Manhattan Centre, 18th Floor
1202 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com

/s/ James Holzman
James L. Holzman (Del. Bar No. 663)
J. Clayton Athey (Del. Bar No. 4378)
1310 King Street, Box 1328
Wilmington, DE 19899
Phone: (302) 888-6500
Fax: (302) 658-8111
jlholzman@prickett.com
jcathey@prickett.com

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Levin
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8859
rstrassberg@goodwinprocter.com

Stephen L. Ascher
JENNER & BLOCK
919 Third Avenue
New York, NY 10022-3908
(212) 891-1670
Fax: (212) 891-1699
sascher@jenner.com

*Counsel for Defendant Elkin B. McCallum*

*Counsel for Defendant Charles E. Becker*

CARTER LEDYARD & MILBURN LLP                PEPPER HAMILTON LLP


/s/ Michael Shapiro                         /s/ Albert Manwaring
Michael Shapiro                             Albert Manwaring, IV (Del. Bar No. 4339)
Gerald Griffin                              Thomas H. Kovach (Del. Bar No. 3964)
2 Wall Street                               Hercules Plaza, Suite 5100
New York, New York 10005                    P.O. Box 1709
(212) 238-8676                              Wilmington, DE 19899-1709
                                            (302) 777-6500
                                            manwaringa@pepperlaw.com
*Counsel for Defendant John A. Galante*     kovacht@pepperlaw.com


                                            Lynn Brimer
                                            STROBL & SHARP, P.C.
                                            300 East Long Lake Road, Suite 200
                                            Bloomfield Hills, MI 48304-2376
                                            (248) 205-2772
                                            lbrimer@stroblpc.com

                                            *Counsel for Defendant Cynthia Hess*



        SO ORDERED this _____ day of _____, 2008.



                            _____
                            U.S. District Court Judge Sue L. Robinson

8