IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION, ET AL., | : | |
| Plaintiffs, | : : : | |
| v. | : : | C.A. No. 07-265-SLR/LPS |
| DAVID A. STOCKMAN, ET AL., | : : | |
| Defendants. | : | |

## ORDER

At Wilmington this 17th day of **April, 2008.**

IT IS ORDERED that a teleconference has been scheduled for **May 7, 2008 at 12:00 p.m.** with Magistrate Judge Stark to discuss the status of this action. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE