# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

COLLINS & AIKMAN CORPORATION and COLLINS
& AIKMAN PRODUCTS CO., as Debtors in Possession,

        Plaintiffs,

v.

DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., PRICEWATERHOUSE-COOPERS LLP and KPMG LLP,

        Defendants.

Civil Action No.07-265-SLR

## MOTION TO DISMISS FIRST AMENDED COMPLAINT
## OF DEFENDANT ELKIN B. MCCALLUM

Defendant Elkin B. McCallum hereby moves for the entry of an order in the form attached hereto dismissing Plaintiffs' First Amended Complaint under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in Mr. McCallum's opening brief, filed herewith.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Kenneth J. Nachbar
        Kenneth J. Nachbar (No. 2067)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Tel.: 302.658.9200
        Fax: 302.425.3013
        Email: knachbar@mnat.com
        *Attorneys for Defendant Elkin B. McCallum*

*Of Counsel:*

Richard M. Strassberg
Jeffrey A. Simes
Laurie L. Levin
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Tel.: 212.813.8800
Fax: 212.355.3333
Email: jsimes@goodwinprocter.com

Dated: April 28, 2008

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., PRICEWATERHOUSE-COOPERS LLP and KPMG LLP,<br><br>Defendants. | Civil Action No.07-265-SLR |

### [PROPOSED] ORDER

The Court having considered Defendant Elkin B. McCallum's Motion to Dismiss the Complaint and the parties' arguments thereon;

IT IS HEREBY ORDERED this ____ day of _____, 2008, that Plaintiffs' Complaint is dismissed with prejudice as to Mr. McCallum.

_____
The Honorable Sue L. Robinson
United States District Judge

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 28, 2008 I electronically filed the attached MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANT ELKIN B. MCCALLUM with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Joseph A. Rosenthal
Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
Jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

Anne C. Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
foster@rlf.com
stearn@rlf.com

Thomas P. Preston
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
Preston-t@blankrome.com

Michael M. Maimone
Joseph B. Cicero
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
Mmaimone@eapdlaw.com
jcicero@eapdlaw.com

Peter B. Ladig
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
pladig@bayardfirm.com
sbrauerman@bayardfirm.com

Thomas G. Macauley
Zucerman Spaeder LLP
919 Market Street, Suite 1705
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400
tmacauley@zuckerman.com

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com

Robert S. Saunders
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
rsaunders@skadden.com

Vernon R. Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300
vproctor@proctorheyman.com

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com