IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-SLR-LPS |

**DEFENDANT THOMAS E. EVANS' MOTION TO DISMISS PURSUANT TO
RULES 12(b)(6) AND 9(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendant Thomas E. Evans ("Evans"), by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act, hereby moves the Court to dismiss the Amended Complaint (D.I. 90) of Plaintiffs Collins & Aikman Corp. and Collins & Aikman Products Co. on the grounds that the Amended Complaint fails to state a claim against Evans upon which relief can be granted, and that the Amended Complaint fails to plead the alleged circumstances constituting fraud with

particularity. The grounds upon which this motion is brought are fully set forth in Evans' Opening Brief, filed contemporaneously herewith. A proposed form of Order is attached.

                                      YOUNG CONAWAY STARGATT
                                      & TAYLOR, LLP

| OF COUNSEL: | /s/ Christian Douglas Wright |
| --- | --- |
| | Christian Douglas Wright (#3554) |
| MAYER BROWN LLP | Andrew A. Lundgren (#4429) |
| Richard A. Spehr | The Brandywine Building |
| Joseph De Simone | 1000 West Street, 17th Floor |
| 1675 Broadway | P.O. Box 391 |
| New York, New York 10019 | Wilmington, DE 19899-0391 |
| (212) 506-2500 | (302) 571-6600 |
| | cwright@ycst.com |
| Dated: April 28, 2008 | *Attorneys for Defendant Thomas E. Evans* |

**CERTIFICATE OF SERVICE**

        I, Andrew A. Lundgren, Esquire, hereby certify that on April 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br>ckeener@rmgglaw.com | Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>(302) 777-7770<br>mmaimone@eapdlaw.com<br>jcicero@eapdlaw.com |
| Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>foster@rlf.com<br>stearn@rlf.com | Peter B. Ladig<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>pladig@bayardfirm.com<br>sbrauerman@bayardfirm.com |
| Thomas P. Preston<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226<br>(302) 425-6400<br>preston-t@blankrome.com | Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>P.O. Box 1028<br>Wilmington, DE 19899<br>(302) 427-0400<br>tmacauley@zuckerman.com |
| James L. Holzman<br>J. Clayton Athey<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com | Vernon R. Proctor<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801<br>(302) 472-7300<br>vproctor@proctorheyman.com |

Robert S. Saunders
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
rsaunder@skadden.com

   I further certify that on April 28, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller
 Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
SRudman@csgrr.com
DRosenfeld@csgrr.com

Thomas G. Rafferty
Antony L. Ryan
Cravath, Swaine, & Moore LLP
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
trafferty@cravath.com
aryan@cravath.com

Craig A. Stewart
Ken L. Hashimoto
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000
Craig.Stewart@aporter.com
Ken.Hashimoto@aporter.com

Christopher Harris
Seth L. Friedman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
christopher.harris@lw.com
seth.friedman@lw.com

Stephen L. Ascher
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600
sascher@jenner.com

Andrew B. Weissman
Michele L. Taylor
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
andy.weissman@wilmerhale.com
michele.taylor@wilmerhale.com

Carl S. Kravitz
Zuckerman Spaeder LLP
1800 M. Street, NW Suite 1000
Washington, DC 20036-5802
(202) 778-1800
ckravitz@zuckerman.com

Jonathon J. Lerner
Lea Haber Kuck
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
jlerner@skadden.com
lkuck@skadden.com

Michael Shapiro
Gerald Griffin
Carter Ledyard & Millburn LLP
2 Wall Street
New York, NY 10005
(212) 732-3200
mshapiro@clm.com
griffin@clm.com

Lynn Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
(248) 205-2772
lbrimer@stroblpc.com

Michael Joseph
Joseph O. Click
Blank Rome LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com

Gandolfo V. DiBlasi
Stacey R. Friedman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
diblasig@sullcrom.com
friedmans@sullcrom.com

Richard M. Strassberg
Jeffrey A. Simes
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8859
rstrassberg@goodwinprocter.com
jsimes@goodwinprocter.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Andrew A. Lundgren_
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-SLR-LPS |

## ORDER

IT IS HEREBY ORDERED, this ___ day of _____, 2008, that Defendant Thomas E. Evans' Motion To Dismiss is GRANTED, and the Amended Complaint is hereby DISMISSED WITH PREJUDICE as to Mr. Evans.

_____
UNITED STATES DISTRICT JUDGE