IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP, and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-265-SLR |
| Defendants. | ) | |

## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant J. Michael Stepp respectfully moves this Court for an Order dismissing the first amended complaint. The grounds for this Motion are set forth in the accompanying Memorandum of Law. A proposed Order is attached hereto.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Gandolfo V. DiBlasi<br>Karen Patton Seymour<br>Stacey R. Friedman<br>David E. Swarts<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>(212) 558-4000<br><br>Dated:  April 28, 2008<br>862017 / 33280 | By: */s/ Peter J. Walsh, Jr.*<br>      Richard L. Horwitz (2246)<br>      Peter J. Walsh, Jr. (2437)<br>      Hercules Plaza, 6th Floor<br>      1313 N. Market Street<br>      Wilmington, Delaware  19801<br>      Tel:  (302) 984-6000<br>      Fax:  (302) 658-1192<br>      rhorwitz@potteranderson.com<br>      pwalsh@potteranderson.com<br><br>*Attorneys for Defendant J. Michael Stepp* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, hereby certify that on April 28, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Joseph A. Rosenthal
Carmella P. Kenner
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19899

Thomas P. Preston
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801-4226

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Suite 1705
P. O. Box 1028
Wilmington, DE  19899

Andrew Auchincloss Lundgren
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Michael J. Maimone
Joseph Benedict Cicero
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801

Peter B. Ladig
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

Vernon R. Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE  19801

James L. Holzman
J. Clayton Athey
Stephen L. Ascher
Prickett, Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE  19899

Anne Churchill Foster
Robert J. Stearn, Jr.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

I further certify that on April 28, 2008, the attached document was sent via First Class Mail to the following person(s):

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

Joseph O. Click
Blank Rome, LLP
600 New Hampshire Ave., N.W.
Washington, DC  20037

Carl S. Kravitz
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC  20036

Stephen L. Ascher
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022

Joseph De Simone
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Jonathan Lerner
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Seth L. Friedman,
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Andrew Weissman
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC  20006

Craig A. Stewart
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022

Michael Shapiro
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

Richard M. Strassberg
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY  10022

Lynn Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304

Thomas G. Rafferty
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY  10019

By:  /s/ Peter J. Walsh, Jr.
    Richard L. Horwitz (#2246)
    Peter J. Walsh (#2437)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    pwalsh@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP, and KPMG LLP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-265-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered the Motion To Dismiss the First Amended Complaint of J. Michael Stepp,

IT IS HEREBY ORDERED this ____ day of _____, 2008, that the Motion is GRANTED.

_____
Judge Sue L. Robinson