UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION<br>and COLLINS & AIKMAN PRODUCTS<br>CO., as Debtors in Possession,<br><br>      Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 07-265-SLR/LPS<br>)<br>) |

MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants Daniel P. Tredwell, W. Gerald McConnell and Samuel Valenti, III move, through their undersigned counsel, to dismiss with prejudice claims asserted against them in the First Amended Complaint pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(1)-(2), for the reasons more fully set forth in the brief filed herewith.

                              Robert S. Saunders (Bar I.D. No. 3027)
                              SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, DE 19899
                              Tel: (302) 651-3000
                              Fax: (302) 651-3001

DATED: April 28, 2008