IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, <br><br> Defendants. | C.A. No. 07-265-SLR-LPS |

## DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), defendant PricewaterhouseCoopers LLP ("PwC") hereby moves for the entry of an order dismissing the Amended Complaint with prejudice as to PwC. The grounds for this motion are set forth in the *Memorandum of Law in Support of PwC's Motion to Dismiss the First Amended Complaint*, filed contemporaneously herewith.

Dated: April 28, 2008
Wilmington, Delaware

*[signature]*
Anne C. Foster (No. 2513)
Robert J. Stearn, Jr. (No. 2915)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-3201219-1

- and -

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for PricewaterhouseCoopers LLP*

RLF1-3201219-1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265-SLR-LPS |

### ORDER DISMISSING THE AMENDED COMPLAINT

The Court having considered *Defendant PricewaterhouseCoopers LLP's Motion to Dismiss the First Amended Complaint* and the parties' briefs and arguments thereon;

IT IS HEREBY ORDERED this _____ day of _____, 200__, that the Amended Complaint is dismissed with prejudice as to PricewaterhouseCoopers LLP.

_____
UNITED STATES DISTRICT JUDGE

RLF1-3201219-1

## CERTIFICATE OF SERVICE

I, Robert J. Stearn, Jr., hereby certify that on this 28th day of April, 2008, I caused a copy of the *Defendant PricewaterhouseCoopers LLP's Motion to Dismiss the First Amended Complaint* to be electronically filed with the Clerk of Court using CM/ECF, which will send notifications of such filing to the following:

| | |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>P. O. Box 1070<br>Wilmington, DE 19899<br>(Counsel to Plaintiffs) | Peter B. Ladig<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>(Counsel to Defendant Stockman) |
| Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>P. O. Box 1028<br>Wilmington, DE 19899<br>(Counsel to Defendant Barnaba) | Vernon R. Proctor<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801<br>(Counsel to Defendant Cosgrove) |
| Thomas P. Preston<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(Counsel to Defendants Koth & Krause) | James L. Holzman<br>J. Clayton Athey<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(Counsel to Defendant Becker) |
| Christian D. Wright<br>Andrew A. Lundgren<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Street<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>(Counsel to Defendant Evans) | Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Defendant KPMG LLP) |

-2-

| | |
|---|---|
| Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908<br>(Counsel to Defendant Becker) | Thomas Henry Kovach<br>Parkowski, Guerke & Swayze, P.A.<br>800 King Street<br>Suite 203<br>Wilmington, DE 19801<br>(302) 594-3313<br>Fax: (302 654-3033<br>(Counsel to Defendant Hess) |
| Albert H. Manwaring, IV<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br>(Counsel to Defendant Hess) | Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE 19899<br>(Counsel to Defendants Heartland, Tredwell,<br>McConnell & Valenti) |
| Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(Counsel to Defendant Stepp) | |

I hereby certify that on this 28th day of April, 2008, I caused a copy of the *Defendant PricewaterhouseCoopers LLP's Motion to Dismiss the First Amended Complaint* to be served in the manner indicated upon the following:

| **Via First Class Mail** | **Via First Class Mail** |
|---|---|
| Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>(Counsel to Defendant Stepp) | Samuel H. Rudman<br>David A. Rosenfeld<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>(Counsel to Plaintiffs) |
| Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road<br>Suite 200<br>Bloomfield Hills, MI 48304-2376<br>(Counsel to Defendant Hess) | Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Avenue, NW<br>Washington, D.C. 20037<br>(Counsel to Defendants Koth & Krause) |
| Carl S. Kravitz<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036<br>(Counsel to Defendant Barnaba) | Richard A. Spehr<br>Joseph DeSimone<br>Mayer Brown<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Defendant Evans) |
| Andrew B. Weisman<br>Michael L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(Counsel to Defendant Stockman) | Craig A. Stewart<br>Ken L. Hashimoto<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022<br>(Counsel to Defendant Cosgrove) |

| | |
|---|---|
| Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908<br>(Counsel to Defendant Becker) | Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>(Counsel to Defendant KPMG LLP) |
| Richard M. Strassberg<br>Jeffrey A. Simes<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(Counsel to Defendant McCallum) | Jonathan J. Lerner<br>Lee Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Time Square<br>New York, NY 10036<br>(Counsel to Defendants Heartland, Tredwell, McConnell & Valenti) |
| Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>(Counsel to Defendant Galante) | |

/s/ Robert J. Stearn
Robert J. Stearn, Jr. (No. 2915)
Richards, Layton & Finger, P.A.
920 North King Street
P. O. Box 551
Wilmington, Delaware 19899
Phone: 302-651-7700
Fax: 302-651-7701
E-mail: Stearn@rlf.com