UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 07-265-SLR/LPS<br>)<br>) |

MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C. and Heartland Industrial Group, L.L.C. move, through their undersigned counsel, to dismiss with prejudice all claims asserted against them in the First Amended Complaint pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons more fully set forth in the brief filed herewith.

_____
Robert S. Saunders (Bar I.D. No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: (302) 651-3000
Fax: (302) 651-3001

DATED: April 28, 2008