## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | |
| Plaintiffs, | |
| v. | Case No: 1:07-cv-00265-SLR |
| DAVID A. STOCKMAN, *et al.*, | |
| Defendants. | |

### DEFENDANT DAVID A. STOCKMAN'S MOTION TO DISMISS

Defendant David A. Stockman, by and through his undersigned attorneys, hereby

moves this Court to dismiss this action pursuant to Federal Rules of Civil Procedure 9(b)

and 12(b)(6). The grounds for this motion are more fully set forth in the accompanying

brief and appendix in support thereof.


OF COUNSEL:

Andrew B. Weissman
Michele L. Taylor
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

BAYARD, P.A.

Peter B. Ladig (No. 3513)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
pladig@bayardfirm.com
sbrauerman@bayardfirm.com
(302) 655-5000


Dated: April 28, 2008

Counsel for Defendant David A. Stockman

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, Esquire hereby certify that on the 14th day of September, 2007, a true and correct copy of the foregoing **Defendant David A. Stockman's Motion to Dismiss Amended Complaint** has been served upon the following parties as indicated.

### VIA CM/EFC

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center
Suite 1401
919 N. Market Street
Wilmington, DE 19899-1070
(302) 656-4433

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
Wilmington, DE 19810
(302) 427-0400

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

James Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street, P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

Christian Douglas Wright, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0931
(302) 571-6691

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(302) 777-7770

{00863299;v1}

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Vernon R. Procter, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

Richard L. Horowitz, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza,
6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Albert H. Manwaring, IV, Esq.
Thomas H. Kovach, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

Stephen B. Brauerman (No. 4952)