IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-265-SLR<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS OF DEFENDANTS
ROBERT A. KRAUSE AND BRYCE M. KOTH**

Defendants Robert A. Krause and Bryce M. Koth move, pursuant to Rules 9(b), Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), for an order dismissing with prejudice the First Amended Complaint filed in this action on the grounds that it fails to state a claim upon which relief can be granted, fails to comply with the pleading requirements of Federal Rule of Civil Procedure Rule 9(b) and the PSLRA. Defendant Koth further moves for dismissal on the ground that, in any event, he has been discharged from liability for all claims alleged the FAC pursuant to an order of discharge issued in the United States Bankruptcy Court for the Eastern District of Michigan in the case In re Bryce Marshall Koth, No. 06-58569 (Bankr. E.D. Mich.) The grounds for this motion are more fully set forth in the accompanying Brief in Support of Motion to Dismiss.

/s/ Thomas P. Preston
Thomas P. Preston (Del. I.D. 2548)
BLANK ROME LLP
1201 Market Street, Suite 800

<div style="display: flex;">
<div>

OF COUNSEL:

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC  20037
Telephone:  (202) 772-5800
E-mail:       click@blankrome.com

Dated:  April 28, 2008

</div>
<div>

Wilmington, DE  19801
Telephone:  (302) 425-6478
E-mail:       preston-t@blankrome.com

*Attorneys for Defendants Bryce M. Koth and Robert A. Krause*

</div>
</div>

## CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on this 28th day of April, 2008, a copy of the foregoing **MOTION TO DISMISS OF DEFENDANTS ROBERT A. KRAUSE AND BRYCE M. KOTH** was served on the following counsel:

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Joseph A. Rosenthal<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A<br>919 N. Market Street, Suite 1401<br>Wilmington, DE 19899 | Samuel H. Rudman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Robert S. Saunders<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Michael J. Maimone<br>Joseph B. Cicero<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Michael Joseph<br>Joseph O. Click<br>Blank Rome LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Anne C. Foster<br>Robert J. Stearn, Jr.<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Jonathan J. Lerner<br>Lea Haber Kuck<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |

| BY ELECTRONIC SERVICE | BY FIRST-CLASS MAIL |
|---|---|
| Christian Douglas Wright<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| **BY ELECTRONIC SERVICE** | **BY FIRST-CLASS MAIL** |
| Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19801 | Christopher Harris<br>Seth L. Friedman<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
| Andrew B. Weissman<br>Michele L. Taylor<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | Thomas G. Rafferty<br>Antony L. Ryan<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
| Michael Shapiro<br>Gerald Griffin<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Leven<br>599 Lexington Avenue<br>New York, NY 10022 |
| **BY FIRST-CLASS MAIL** | **BY FIRST-CLASS MAIL** |
| Carl S. Kravits<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, DC 20036 | Richard A. Spehr<br>Joseph De Simone<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

124215.00604/35852520v.1

| **BY FIRST-CLASS MAIL**<br><br>Stephen L. Ascher<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022-3908 | **BY FIRST-CLASS MAIL**<br><br>Lynn Brimer<br>Strobl & Sharp, P.C.<br>300 East Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304-2376 |
|---|---|

      /s/ Thomas P. Preston
Thomas P. Preston
I.D. No. 2548

124215.00604/35852520v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-265-SLR |
| DAVID A. STOCKMAN, *et al.*, Defendants. | ) ) ) | |

### (PROPOSED) ORDER

AND NOW, this ___ day of _____, 2008, having considered the Motion to Dismiss of Defendants Robert A. Krause and Bryce M. Koth;

IT IS HEREBY ORDERED that the Motion to Dismiss of Defendants Robert A. Krause and Bryce M. Koth is GRANTED.

_____
Hon. Sue L. Robinson