IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-265-SLR-LPS |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT CHARLES E. BECKER'S MOTION TO DISMISS

Defendant Charles E. Becker, by and through his undersigned counsel, hereby moves to dismiss the Amended Complaint filed in this action pursuant to Rules 8(a), 9(b) and 12(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. The grounds for this motion are more fully explained in the Memorandum of Law in Support of Defendant Charles E. Becker's Motion to Dismiss the Amended Complaint, filed herewith, and the briefs and memoranda of law filed by the other defendants in this action in support of their motions to dismiss to the extent the arguments advanced therein are applicable to Mr. Becker.

20289.1.\346330v1

Dated: April 28, 2008                    PRICKETT, JONES & ELLIOTT, P.A.

                                         By:   /s/ James L. Holzman
                                             James L. Holzman (Bar ID #663)
                                             J. Clayton Athey (Bar ID #4378)
                                             1310 King Street, Box 1328
                                             Wilmington, Delaware  19899
                                             Ph:  (302) 888-6500
                                             jlholzman@prickett.com
                                             jcathey@prickett.com

OF COUNSEL:

Anton Valukas
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
(312) 222-9350
avalukas@jenner.com

Stephen L. Ascher
JENNER & BLOCK LLP
919 Third Avenue - 37th Floor
New York, New York 10022
sascher@jenner.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br><br>Defendants. | C.A. No. 07-265- SLR-LPS |

### ORDER GRANTING DEFENDANT
### CHARLES E. BECKER'S MOTION TO DISMISS

WHEREAS, Defendant Charles E. Becker moved to dismiss the Amended Complaint; and

WHEREAS, the Court has considered the briefs submitted by Defendant Charles E. Becker, Plaintiffs and the other Defendants in this action;

IT IS HEREBY ORDERED this ____ day of _____, 2008 that the Motion to Dismiss is GRANTED, and the Amended Complaint is DISMISSED with prejudice as to Charles E. Becker.

_____
United States District Judge

20289.1\346331v1