UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **COLLINS & AIKMAN CORPORATION** and **COLLINS & AIKMAN PRODUCTS CO.,** as Debtors in Possession, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-265-SLR-LPS |
| v. | ) ) | *Electronically Filed* |
| **DAVID A. STOCKMAN,** *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

### PAUL C. BARNABA'S MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Paul C. Barnaba, by and through his undersigned counsel and pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(b)(1) and (2) (2006) (the "PSLRA") and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby respectfully moves to dismiss the claims Plaintiffs attempt to raise against him pursuant to Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder, Section 14(a) of the Exchange Act and Rule 14a-9 thereunder, and the common law of the state of Delaware in the above-captioned litigation.

In support of this motion, Mr. Barnaba relies on his Opening Brief filed contemporaneously herewith, and states that the Complaint fails to state a claim upon which relief may be granted and further fails to satisfy the pleading requirements of the PSLRA and Fed. R. Civ. P. 9(b).

WHEREFORE Mr. Barnaba respectfully requests that the Court dismiss Plaintiffs' claims against him in their entirety, with prejudice; and grant Mr. Barnaba such other and further relief as the Court deems just and proper.

Dated: April 28, 2008    Respectfully submitted,
       Wilmington, Delaware

By: /s/ Thomas G. Macauley
    Thomas G. Macauley (ID No. 3411)
    ZUCKERMAN SPAEDER LLP
    919 Market Street, Suite 990
    Wilmington, DE 19801
    (302) 427-0400 Telephone
    (302) 427-8242 Fax

    -and-

    Carl S. Kravitz, Esq. (admitted *pro hac vice*)
    Lenora Miles Rigby, Esq. (admitted *pro hac vice*)
    ZUCKERMAN SPAEDER LLP
    1800 M Street, N.W., Suite 1000
    Washington, D.C. 20036
    (202) 778-1800 Telephone
    (202) 822-8106 Fax

    -and-

    Laura Neish, Esq. (admitted *pro hac vice*)
    ZUCKERMAN SPAEDER LLP
    1540 Broadway, Suite 1604
    New York, NY 10036
    (212) 704-9600 Telephone
    (212) 704-4256 Fax

    *Attorneys for Defendant Paul Barnaba*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2008, I caused to be electronically filed "Paul C. Barnaba's Motion to Dismiss Plaintiffs' First Amended Complaint" with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Joseph A. Rosenthal
Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: jrosenthal@rmgglaw.com
Email: CKeener@rmgglaw.com

David A. Rosenfeld
Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins LLP
52 Duane Street, 7th Floor
New York, NY 10007
(212) 693-1058
Email: drosenfeld@csgrr.com
Email: srudman@csgrr.com

Peter B. Ladig
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900,
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4219/(302) 429-4232
Email: bankserve@bayardfirm.com
Email: sbrauerman@bayardlaw.com

Andrew Goldman
WilmerHale
399 Park Avenue
New York, New York 10022
(212) 230-8800
Email: andrew.goldman@wilmerhale.com

Andrew B. Weissman
Jenny R. Chou
Michele L. Taylor
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Email: andy.weissman@wilmerhale.com
Email: jenny.chou@wilmerhale.com
Email: michele.taylor@wilmerhale.com

Richard L. Horowitz
Potter Anderson & Corron, LLP
1313 N. Market St., Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com

David E. Swartz
Stacey Friedman
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
United States
(212) 558-4000
Email: swartsd@sullcrom.com
Email: friedmans@sullcrom.com

Thomas P. Preston
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
Email: preston-t@blankrome.com

Vernon R. Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Email: vproctor@proctorheyman.com

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
(302) 888-6500
Email: jlholzman@prickett.com
Email: jcathey@prickett.com

Daniel B. Tehrani
Stephen L. Ascher
Jenner & Block
919 Third Avenue
37th Floor
New York, NY 10022-3908
212-891-1600
Email: dtehrani@jenner.com
Email: sascher@jenner.com

Kenneth J. Nachbar
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 575-7294
Email: knachbar@mnat.com

Andrew Auchincloss Lundgren
Christian D. Wright
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6743/(302) 571-6691
Email: alundgren@ycst.com
Email: cwright@ycst.com

Albert H. Manwaring, IV
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
Email: manwaringa@pepperlaw.com

Thomas Henry Kovach
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE 19801
(302) 594-3313
Email: tkovach@pgslegal.com

Robert Scott Saunders
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
Email: rsaunder@skadden.com

Anne Churchill Foster
Robert J. Stearn Jr.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541/(302) 651-7700
Email: foster@rlf.com
Email: stearn@rlf.com

Michael J. Maimone
Joseph Benedict Cicero
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
Email: mmaimone@eapdlaw.com
Email: jcicero@eapdlaw.com

 /s/ Thomas G. Macauley            _____
        Thomas G. Macaulay