IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID A. STOCKMAN, *et al.*<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 07-265-SLR-LPS<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT CYNTHIA HESS' MOTION TO DISMISS

For the reasons set forth in the accompanying Opening Brief, Defendant Cynthia Hess, by and through her undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing this action with prejudice.

Of Counsel:

Lynn M. Brimer (P43291)
Dennis W. Loughlin (P57084)
George S. Fish (P51298)
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone No.: (248) 540-2300
Facsimile No.: (248) 645-2690
lbrimer@stroblpc.com

Dated: April 28, 2008

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (Del. Bar No. 4339)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390
manwaringa@pepperlaw.com

*Attorneys for Defendant Cynthia Hess*

#9573922 v1

## CERTIFICATE OF SERVICE

I, Albert H. Manwaring, IV hereby certify that on April 28, 2008, I caused a copy of the foregoing Defendant Cynthia Hess's Motion to Dismiss, Proposed Order, and Opening Brief in Support of Its Motion to Dismiss to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE  19801

Richard L. Horowitz, Esq.
Peter J. Walsh, Jr., Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
131 N. Market Street
Wilmington, DE  19801

Andrew A. Lundgren, Esq.
Young Conaway Stargatt & Talyor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Robert S. Saunders, Esq.
Skadden Arps Slate Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Peter B. Ladig, Esq.
Stephen B. Brauerman, Esq.
The Bayard Firm, P.A.
222 Delaware Ave, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

Thomas Macauley, Esq.
Elizabeth Dianne Power, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE  19801

#9573922 v1

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, 15th Floor
Wilmington, DE  19801

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards, Layton & Finger, P.A
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prockett, Jones & Ellior, P.A.
1310 King Street, Box 1328
Wilmington, DE  19899

Vernon R. Proctor, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899

/s/  *Albert H. Manwaring, IV*
Albert H. Manwaring, IV (#4339)

#9573922 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID A. STOCKMAN, *et al.*<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 07-265-SLR-LPS<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

And now, on this ___ day of ___, 2008, upon consideration of Defendant Cynthia Hess' Motion to Dismiss and supporting Brief, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED and the Complaint in this action is dismissed with prejudice.

_____
J.

#9573922 v1