IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, *et al.*,<br><br>Defendants. | Case No: 1:07-cv-00265-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE NOTE the following substitution of counsel for defendant David A. Stockman: Michele L. Taylor and Jenny Chou of Wilmer Cutler Pickering Hale and Dorr LLP withdraw their appearance, and Lauren R. Yates and Jesse T. Travis of Wilmer Cutler Pickering Hale and Dorr LLP hereby enter their appearance. Peter B. Ladig and Stephen B. Brauerman of Bayard, P.A. and all other outside counsel remain the same.

OF COUNSEL:

Andrew B. Weissman
Lauren R. Yates (*Pro hac* pending)
Jesse T. Travis (*Pro hac* pending)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Dated: May 7, 2008

BAYARD, P.A.

_____
Peter B. Ladig (No. 3513)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
pladig@bayardfirm.com
sbrauerman@bayardfirm.com
(302) 655-5000

Counsel for Defendant David A. Stockman

00866994

<u>**CERTIFICATE OF SERVICE**</u>

I, Stephen B. Brauerman, Esquire hereby certify that on the 7th day of May, 2008, a true and correct copy of the foregoing **Notice of Substitution of Counsel** has been served upon the following parties as indicated.

<u>**VIA CM/EFC**</u>

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center
Suite 1401
919 N. Market Street
Wilmington, DE 19899-1070
(302) 656-4433

James Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street, P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400

Christian Douglas Wright, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0931
(302) 571-6691

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
Wilmington, DE 19810
(302) 427-0400

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(302) 777-7770

00866994

Kenneth J. Nachbar, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Vernon R. Procter, Esq.
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

Richard L. Horowitz, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Albert H. Manwaring, IV, Esq.
Thomas H. Kovach, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19801

_____
Stephen B. Brauerman (#4952)

00866994