IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLINS & AIKMAN CORPORATION,<br>and COLLINS & AIKMAN PRODUCTS CO.,<br>as Debtors in Possession,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP,<br>BRYCE M. KOTH, DAVID R. COSGROVE,<br>PAUL C. BARNABA, ROBERT A. KRAUSE,<br>JOHN A. GALANTE, CHARLES E. BECKER,<br>ELKIN B. MCCALLUM, THOMAS E. EVANS,<br>CYNTHIA HESS, DANIEL P. TREDWELL, W.<br>GERALD MCCONNELL, SAMUEL VALENTI III,<br>HEARTLAND INDUSTRIAL PARTNERS, L.P.,<br>HEARTLAND INDUSTRIAL ASSOCIATES,<br>L.L.C., HEARTLAND INDUSTRIAL GROUP,<br>L.L.C., PRICE WATERHOUSECOOPERS LLP,<br>and KMPG LLP,<br><br>    Defendants. | Case No: 1:07-cv-00265-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Lauren R. Yates and Jesse T. Travis of Wilmer Cutler Pickering Hale and Dorr LLP to represent Defendant David A. Stockman in the above captioned matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

{00873465;v1}

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| | */s/ Stephen B. Brauerman* |
| Andrew B. Weissman | Peter B. Ladig (No. 3513) |
| Lauren R. Yates (*Pro hac* pending) | Stephen B. Brauerman (No. 4952) |
| Jesse T. Travis (*Pro hac* pending) | 222 Delaware Avenue, Suite 900 |
| Wilmer Cutler Pickering Hale and Dorr, LLP | P.O. Box 25130 |
| 1875 Pennsylvania Avenue, NW | Wilmington, DE 19899-5130 |
| Washington, DC 20006 | pladig@bayardfirm.com |
| (202) 663-6000 | sbrauerman@bayardfirm.com |
| | (302) 655-5000 |
| Dated: May 7, 2008 | Counsel for Defendant David A. Stockman |

SO ORDERED, this ____ day of _____, 2008.

_____
The Honorable Sue L. Robinson
United States District Judge

# EXHIBIT A

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

May 2, 2008

/s/ Jesse T. Travis
Jesse T. Travis, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Attorneys for Defendant David A. Stockman

# EXHIBIT B

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

May 2, 2008

*Lauren R. Yates*
Lauren R. Yates, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

Attorney for Defendant David A. Stockman

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, Esquire hereby certify that on the 7th day of May, 2008, a true and correct copy of the foregoing **Notice of Substitution of Counsel** has been served upon the following parties as indicated.

### VIA CM/EFC

Joseph A. Rosenthal, Esq.
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center
Suite 1401
919 N. Market Street
Wilmington, DE 19899-1070
(302) 656-4433

James Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street, P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500

Thomas P. Preston, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400

Christian Douglas Wright, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0931
(302) 571-6691

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street
Suite 990
Wilmington, DE 19810
(302) 427-0400

Robert S. Saunders, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Anne C. Foster, Esq.
Robert J. Stearn, Jr., Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

Michael J. Maimone, Esq.
Joseph B. Cicero, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(302) 777-7770

{00873465;v1}

| | |
|---|---|
| Kenneth J. Nachbar, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Richard L. Horowitz, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street, Hercules Plaza,<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Vernon R. Procter, Esq.<br>Proctor Heyman LLP<br>1116 West Street<br>Wilmington, DE 19801 | Albert H. Manwaring, IV, Esq.<br>Thomas H. Kovach, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>Wilmington, DE 19801 |

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)