IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION, ET AL., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 07-265-SLR/LPS |
| DAVID A. STOCKMAN, ET AL., | : : : | |
| Defendants. | : | |

### ORDER

At Wilmington this 7th day of **May, 2008.**

A teleconference having been held today with counsel in this action,

IT IS ORDERED as follows:

1. Defendants' motions to dismiss in response to the original complaint (D.I. 23, 25, 28, 31, 33, 36, 37, 42, 46, 48, 50, 55, 66) are DENIED as moot.

2. Plaintiffs' answering brief(s) in response to defendants' motions to dismiss the amended complaint (D.I. 97, 99, 101, 104, 106, 107, 110, 115, 118, 120, 124, 128, 131) shall be filed on or before **July 28, 2008**; defendants' reply briefs shall be filed on or before **September 11, 2008**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE