## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-265-*** |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING THE PARTIES' RESPONSE TIME

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, and Cynthia Hess (the "Moving Defendants"), subject to the approval of the Court, that Plaintiffs are not required to respond to the Moving Defendants' motion to transfer venue until after such time as the Defendants' motions to dismiss have been fully briefed and the Court has issued a ruling on the pending motions to dismiss. Plaintiffs and the Moving Defendants agree that the passage of time based on this and the previous scheduling agreement requested by Plaintiffs shall not be argued by Plaintiffs as any basis to deny transfer.

DATED: May 16, 2008

ROSENTHAL, MONHAIT& GODDESS, P.A.     BLANK ROME LLP

/s/ Carmella P. Keener
Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100
srudman@csgrr.com
drosenfeld@csgrr.com

*Counsel for Plaintiffs*


PROCTOR HEYMAN LLP

/s/ Vernon R. Proctor
Vernon R. Proctor (Del. Bar No. 1019)
1116 West Street
Wilmington, DE 19801
(302) 472-7300
vproctor@proctorheyman.com



Craig A. Stewart
Ken L. Hashimoto
Monique A. Gaylor
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York  10022
(212) 715-1000

*Counsel for Defendant David R. Cosgrove*

/s/ Thomas P. Preston
Thomas P. Preston (Del. Bar No. 2548)
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE  19801
(302) 4256478
preston-t@blankrome.com


Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC  20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com



*Counsel for Defendants Bryce M. Koth and*
*Robert A. Krause*


POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (Del. Bar No. 2246)
Peter J. Walsh, Jr. (Del. Bar No. 2437)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
pwalsh@potteranderson.com

Gandolfo V. DiBlasi
Stacey R. Friedman
David E. Swarts
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

*Counsel for Defendant J. Michael Stepp*

CARTER LEDYARD & MILBURN LLP

/s/ Michael Shapiro
_____
Michael Shapiro
Gerald Griffin
2 Wall Street
New York, New York 10005
(212) 238-8676

*Counsel for Defendant John A. Galante*

ZUCKERMAN SPAEDER LLP

/s/ Thomas G. Macauley
_____
Thomas G. Macauley (Del. Bar No. 3411)
919 Market Street, Suite 990
Wilmington, Delaware 19801
(302) 427-0400
tmacauley@zuckerman.com

Carl S. Kravitz
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1873
ckravitz@zuckerman.com
*Counsel for Defendant Paul C. Barnaba*

PEPPER HAMILTON LLP

/s/ Albert Manwaring
_____
Albert Manwaring, IV (Del. Bar No. 4339)
Thomas H. Kovach (Del. Bar No. 3964)
Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
manwaringa@pepperlaw.com
kovacht@pepperlaw.com

Lynn Brimer
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 205-2772
lbrimer@stroblpc.com

*Counsel for Defendant Cynthia Hess*

SO ORDERED this _____ day of _____, _____.

_____
J.

3