IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLINS & AIKMAN CORPORATION and COLLINS & AIKMAN PRODUCTS CO., as Debtors in Possession, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-265-SLR/LPS |
| DAVID A. STOCKMAN, J. MICHAEL STEPP, BRYCE M. KOTH, DAVID R. COSGROVE, PAUL C. BARNABA, ROBERT A. KRAUSE, JOHN A. GALANTE, CHARLES E. BECKER, ELKIN B. MCCALLUM, THOMAS E. EVANS, CYNTHIA HESS, DANIEL P. TREDWELL, W. GERALD MCCONNELL, SAMUEL VALENTI, III, HEARTLAND INDUSTRIAL PARTNERS, L.P., HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C., HEARTLAND INDUSTRIAL GROUP, L.L.C., PRICEWATERHOUSECOOPERS LLP and KPMG LLP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION EXTENDING THE PARTIES' RESPONSE TIME AND PAGE LIMITATIONS

IT IS HEREBY STIPULATED, by and between Plaintiffs Collins & Aikman Corporation and Collins & Aikman Products Co. ("Plaintiffs") and Defendants David A. Stockman, J. Michael Stepp, Bryce M. Koth, David R. Cosgrove, Paul C. Barnaba, Robert A. Krause, John A. Galante, Charles E. Becker, Elkin B. McCallum, Thomas E. Evans, Cynthia Hess, Daniel P. Tredwell, W. Gerald McConnell, Samuel Valenti, III (collectively, the "Individual Defendants"), Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group, L.L.C. (collectively, the "Heartland Defendants"), PricewaterhouseCoopers LLP and KMPG LLP (collectively, the "Auditor Defendants") (the Individual Defendants, the Heartland Defendants and the Auditor Defendants are collectively referred to herein as "Defendants"), subject to the approval of the Court, as follows:

17471103

1. The date by which Plaintiffs shall respond to the Auditor Defendants' memoranda (D.I.107 and 120) in support of their motions to dismiss the Complaint shall be extended to and including August 15, 2008;

2. Defendants' time to reply to Plaintiffs' (or any other party's) response to all Defendants' motions to dismiss shall be extended to and including October 6, 2008; and

3. Plaintiffs shall file one (1) comprehensive memorandum not to exceed sixty (60) pages in response to the eleven (11) motions to dismiss filed by the Individual Defendants and the Heartland Defendants (D.I. Nos. 99, 101, 104, 106, 110, 115, 118, 124, 128 and 131); and one (1) comprehensive memorandum not to exceed sixty (60) pages in response to the two (2) motions to dismiss filed by the Auditor Defendants (D.I. Nos. 107 and 120).

DATED: July 28, 2008

ROSENTHAL, MONHAIT & GODDESS, P.A.    BLANK ROME LLP

/s/ Carmella P. Keener
Joseph A. Rosenthal (Del. Bar No. 234)
Carmella P. Keener (Del. Bar No. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jrosenthal@rmgglaw.com
ckeener@rmgglaw.com

/s/ Thomas P. Preston
Thomas P. Preston (Del. Bar No. 2548)
Chase Manhattan Centre
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 4256478
preston-t@blankrome.com

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
srudman@csgrr.com
drosenfeld@csgrr.com

Michael Joseph
Joseph O. Click
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
(202) 772-5800
joseph@blankrome.com
click@blankrome.com

*Counsel for Plaintiffs*

*Counsel for Defendants Bryce M. Koth and Robert A. Krause*

| PROCTOR HEYMAN LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| /s/ Vernon R. Proctor | /s/ Robert S. Saunders |
| Vernon R. Proctor (Del. Bar No. 1019)<br>1116 West Street<br>Wilmington, DE 19801<br>(302) 472-7300<br>vproctor@proctorheyman.com | Robert S. Saunders (Del. Bar No. 3027)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br>rsaunder@skadden.com |
| Craig A. Stewart<br>Ken L. Hashimoto<br>Monique A. Gaylor<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 715-1000 | Jonathan J. Lerner<br>Lea Haber Kuck<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-2978 |
| *Counsel for Defendant David R. Cosgrove* | *Counsel for Defendants Heartland Industrial Partners, L.P., Heartland Industrial Associates, L.L.C., Heartland Industrial Group L.L.C., Daniel P. Tredwell, W. Gerald McConnell, and Samuel Valenti, III* |

3

| POTTER ANDERSON & CORROON LLP | BAYARD, P.A. |
|---|---|
| /s/ Richard L. Horwitz | /s/ Stephen B. Brauerman |
| Richard L. Horwitz (Del. Bar No. 2246)<br>Peter J. Walsh, Jr. (Del. Bar No. 2437)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>pwalsh@potteranderson.com | Peter B. Ladig (Del. Bar No. 3513)<br>Stephen B. Brauerman (Del. Bar No. 4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>pladig@bayardfirm.com<br>sbrauerman@bayardfirm.com |
| Gandolfo V. DiBlasi<br>Stacey R. Friedman<br>David E. Swarts<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>*Counsel for Defendant J. Michael Stepp* | Andrew B. Weissman<br>Jesse T. Travis<br>Lauren R. Yates<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6612<br><br>*Counsel for Defendant David A. Stockman* |

4

17471103

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ZUCKERMAN SPAEDER LLP |
| /s/ Christian Douglas Wright | /s/ Thomas G. Macauley |
| Christian Douglas Wright<br>(Del. Bar No. 3554)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6691<br>cwright@ycst.com | Thomas G. Macauley (Del. Bar No. 3411)<br>919 Market Street, Suite 990<br>Wilmington, Delaware 19801<br>(302) 427-0400<br>tmacauley@zuckerman.com |
| Richard A. Spehr<br>Joseph De Simone<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2500<br>rspehr@mayerbrown.com | Carl S. Kravitz<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, N.W.<br>Washington, DC 20036<br>(202) 778-1873<br>ckravitz@zuckerman.com |
| *Counsel for Defendant Thomas E. Evans* | *Counsel for Defendant Paul C. Barnaba* |

17471103

LATHAM & WATKINS LLP

/s/ Christopher Harris
Christopher Harris
Seth L. Friedman
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
seth.friedman@lw.com

*Counsel for Defendant KPMG LLP*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne C. Foster
Anne C. Foster (Del. Bar No. 2513)
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
foster@rlf.com
stearn@rlf.com

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Antony L. Ryan
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
Fax: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com

*Counsel for Defendant*
*PricewaterhouseCoopers LLP*

17471103

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| /s/ Kenneth J. Nachbar | /s/ James L. Holzman |
| Kenneth J. Nachbar (Del. Bar No. 2067)<br>Chase Manhattan Centre, 18th Floor<br>1202 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>knachbar@mnat.com | James L. Holzman (Del. Bar No. 663)<br>J. Clayton Athey (Del. Bar No. 4378)<br>1310 King Street, Box 1328<br>Wilmington, DE 19899<br>Phone: (302) 888-6500<br>Fax: (302) 658-8111<br>jlholzman@prickett.com<br>jcathey@prickett.com |
| Richard M. Strassberg<br>Jeffrey A. Simes<br>Laurie L. Levin<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8859<br>rstrassberg@goodwinprocter.com | Stephen L. Ascher<br>JENNER & BLOCK<br>919 Third Avenue<br>New York, NY 10022-3908<br>(212) 891-1670<br>Fax: (212) 891-1699<br>sascher@jenner.com |
| *Counsel for Defendant Elkin B. McCallum* | *Counsel for Defendant Charles E. Becker* |

7

17471103

| CARTER LEDYARD & MILBURN LLP | PEPPER HAMILTON LLP |
|---|---|
| /s/ Michael Shapiro | /s/ Albert Manwaring |
| Michael Shapiro<br>Gerald Griffin<br>2 Wall Street<br>New York, New York  10005<br>(212) 238-8676<br>mshapiro@clm.com<br>griffin@clm.com<br>*Counsel for Defendant John A. Galante* | Albert Manwaring, IV (Del. Bar No. 4339)<br>Hercules Plaza, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br>manwaringa@pepperlaw.com |

Lynn Brimer
STROBL & SHARP, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI  48304-2376
(248) 205-2772
lbrimer@stroblpc.com

*Counsel for Defendant Cynthia Hess*

SO ORDERED this _____ day of _____, 2008.

_____
                                                                  J.

17471103