ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

October 14, 2010

**VIA CM/ECF and HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
844 North King Street, Unit 26
Wilmington, DE  19801

Re:   *Collins & Aikman Corporation, et al. v. Stockman, et al.,*
      **Case No. 1:07-cv-00265-LPS**

Dear Judge Stark:

In furtherance of our August 25, 2010 letter to Your Honor, we write on behalf of Plaintiff Collins & Aikman Litigation Trust and Defendants David A. Stockman, J. Michael Stepp, Elkin B. McCallum, Charles E. Becker, Paul C. Barnaba and David R. Cosgrove to provide the Court with an update as to the status of the above-referenced action.

On October 4, 2010, Plaintiff and Defendants Stockman, Stepp and McCallum attended a full-day mediation session before the Honorable Layn Phillips. This was the second mediation the parties attended concerning this matter, the first of which took place on July 15, 2010. The recent mediation concluded with Judge Phillips making a Mediator's Proposal. The parties have until October 15, 2010 to respond to the proposal. Provided the Court has no objection, the parties will provide the Court with any developments regarding settlement discussions.

The parties are available to answer any questions the Court may have in connection with this matter.

Respectfully,

*/s/ Carmella P. Keener*

Carmella P. Keener
(Del. Bar No. 2810)
ckeener@rmgglaw.com

CPK/jls

cc:   J. Clayton Athey, Esquire (via CM/ECF)
      Thomas P. Preston, Esquire (via CM/ECF)

The Honorable Leonard P. Stark
October 14, 2010
Page 2

    Thomas G. Macauley, Esquire (via CM/ECF)
    Anne C. Foster, Esquire (via CM/ECF)
    Christian Douglas Wright, Esquire (via CM/ECF)
    Robert S. Saunders, Esquire (via CM/ECF)
    Michael J. Maimone, Esquire (via CM/ECF)
    Kenneth J. Nachbar, Esquire (via CM/ECF)
    Richard L. Horwitz, Esquire (via CM/ECF)
    Peter B. Ladig, Esquire (via CM/ECF)
    Albert H. Manwaring IV, Esquire (via CM/ECF)